IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Civil Action No. 6:22-cv-00119<br><br>JURY TRIAL DEMAND |

## **RULE 7.1(a) DISCLOSURE STATEMENT**

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Purdue Research Foundation states the following:

Purdue Research Foundation has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Purdue Research Foundation is not a publicly-traded company.

This, the 1st day of February, 2022.

Dated: February 1, 2022          Respectfully submitted,

                                        */s/ Mark Siegmund*
                                        Mark Siegmund (Texas Bar No. 24117055)
                                        mark@swclaw.com
                                        Steckler Wayne Cochran Cherry, PLLC
                                        8416 Old McGregor Road
                                        Waco, Texas 76712
                                        Telephone: 254-651-3690

                                        Alfonso G. Chan (Texas Bar No. 24012408)
                                        achan@shorechan.com

Michael W. Shore (Texas Bar No. 18294915)
mshore@shorechan.com
Raphael Chabaneix (Texas Bar No. 24118352)
rchabaneix@shorechan.com
Halima S. Ndai (Texas Bar No. 24105486)
hndai@shorechan.com
Shore Chan LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

***COUNSEL FOR PLAINTIFF***
***PURDUE RESEARCH FOUNDATION***