# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>　　　　Defendant. | §<br>§<br>§<br>§  Civil Action No. 6:22-cv-00119-ADA<br>§<br>§  JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE – BRIAN C. BANNER

Defendant Google, LLC hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: February 15, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Brian C. Banner
　　　　　　　　　　　　　　　　　　　　Brian C. Banner (TX Bar No. 24059416)
　　　　　　　　　　　　　　　　　　　　bbanner@sgbfirm.com
　　　　　　　　　　　　　　　　　　　　SLAYDEN GRUBERT BEARD PLLC
　　　　　　　　　　　　　　　　　　　　401 Congress Ave., Suite 1650
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　tel: 512.402.3550
　　　　　　　　　　　　　　　　　　　　fax: 512.402.6865
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                              /s/ *Brian C. Banner*
                                                             Brian C. Banner
                                                            *Attorney for Defendants*