# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC,<br><br>        Defendant. | § <br> § <br> § <br> §  Civil Action No. 6:22-cv-00119-ADA <br> § <br> §  JURY TRIAL DEMANDED <br> § <br> § <br> § <br> § |

## NOTICE OF UNOPPOSED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Google LLC files this Notice of Unopposed Extension of Time to File Answer or Otherwise Respond to Complaint and respectfully shows the following:

Plaintiff Purdue Research Foundation filed its Complaint on February 1, 2022 (Dkt. 1) and served Defendant on February 7, 2022. Defendant's current response deadline is February 28, 2022. Defendant requests a 45-day extension to respond on or before April 14, 2022. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully notifies the Court that the parties have agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint to April 14, 2022.

Dated: February 15, 2022                              Respectfully submitted,

                                                                        /s/ Brian C. Banner
                                                                        Brian C. Banner (TX Bar No. 24059416)
                                                                        bbanner@sgbfirm.com
                                                                        SLAYDEN GRUBERT BEARD PLLC

                401 Congress Ave., Suite 1650
                Austin, TX 78701
                tel: 512.402.3569
                fax: 512.402.6865
                *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           */s/ Brian C. Banner*
                                           Brian C. Banner
                                           *Attorney for Defendants*