AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:22-cv-119-ADA |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Purdue Research Foundation

Date:     04/28/2022

*Attorney's signature*

Mu Lin Hsu
*Printed name and bar number*

SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, TX 75202

*Address*

chsu@shorechan.com
*E-mail address*

(214) 593-9110
*Telephone number*

(214) 593-9111
*FAX number*