**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:22-cv-00119-ADA |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>NOTICE OF APPEARANCE – MATT WARREN</u>

Defendant Google LLC hereby notifies the Court that Matt Warren of Warren Lex LLP (2261 Market St, San Francisco, CA 94114, Telephone: (415) 895-2928, Facsimile: (415) 895-2964, E-mail: matt@warrenlex.com) has entered this action as counsel for Defendant. Mr. Warren requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: April 28, 2022    Respectfully submitted,

*/s/ Brian C. Banner*
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865
*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Brian C. Banner
Brian C. Banner
*Attorney for Defendant*