IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>   Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | §<br>§<br>§<br>§ Civil Action No. 6:22-cv-00119-ADA<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**NOTICE OF APPEARANCE – FRANCESCA GERMINARIO**

 Defendant Google LLC hereby notifies the Court that Francesca Germinario of Warren Lex LLP (2261 Market St, San Francisco, CA 94114, Telephone: (415) 895-2940, Facsimile: (415) 895-2964, E-mail: francesca@warrenlex.com) has entered this action as counsel for Defendant. Ms. Germinario requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: April 28, 2022           Respectfully submitted,

                       /s/ Brian C. Banner
                       Brian C. Banner (TX Bar No. 24059416)
                       bbanner@sgbfirm.com
                       SLAYDEN GRUBERT BEARD PLLC
                       401 Congress Ave., Suite 1650
                       Austin, TX 78701
                       tel: 512.402.3550
                       fax: 512.402.6865
                       *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ *Brian C. Banner*
        Brian C. Banner
        *Attorney for Defendant*