IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, § § Plaintiff, § § vs. § § GOOGLE LLC, § § Defendant. § § | § Civil Action No. 6:22-cv-00119-ADA § § JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE – ERIKA WARREN

Defendant Google LLC hereby notifies the Court that Erika Warren of Warren Lex LLP (2261 Market St, San Francisco, CA 94114, Telephone: (415) 895-2940, Facsimile: (415) 895-2964, E-mail: erika@warrenlex.com) has entered this action as counsel for Defendant. Ms. Warren requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: April 28, 2022                                 Respectfully submitted,

                                                                          /s/ Brian C. Banner
                                                                          Brian C. Banner (TX Bar No. 24059416)
                                                                          bbanner@sgbfirm.com
                                                                          SLAYDEN GRUBERT BEARD PLLC
                                                                          401 Congress Ave., Suite 1650
                                                                          Austin, TX 78701
                                                                          tel: 512.402.3550
                                                                          fax: 512.402.6865
                                                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Brian C. Banner*
                                                    Brian C. Banner
                                                    *Attorney for Defendant*