IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION,<br><br>            Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Civil Action No. 6:22-cv-00119-ADA<br><br>JURY TRIAL DEMAND |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's Standing Order Governing Proceedings (Dkt. 10), Plaintiff Purdue Research Foundation and Defendant Google LLC hereby submit the Proposed Scheduling Order, attached hereto as Exhibit A.

Dated: June 16, 2022

| | |
|---|---|
| */s/ Halima Shukri Ndai* | */s/ Brian C. Banner* |
| Mark D. Siegmund (SBN 24117055) | Brian C. Banner (Texas Bar No. 24059416) |
| **STECKLER WAYNE CHERRY & LOVE PLLC** | bbanner@sgbfirm.com |
| | Darryl J. Adams (Texas Bar No. 00796101) |
| 8416 Old McGregor Road | dadams@sgbfirm.com |
| Waco, Texas 76712 | **SLAYDEN GRUBERT BEARD PLLC** |
| Tel: (254) 651-3690 | 401 Congress Avenue, Suite 1650 |
| Fax: (254) 651-3689 | Austin, Texas, 78701 |
| mark@swclaw.com | Tel: (512) 402-3569 |
| | Fax: (512) 402-6865 |
| Michael W. Shore (SBN 18294915) | |
| Alfonso G. Chan (SBN 24012408) | Matthew S. Warren |
| Halima Shukri Ndai (SBN 24105486) | Jennifer A. Kash |
| Raphael Chabaneix (SBN 24118352) | Erika Warren |
| Mu Lin Hsu (SBN 24106118)) | Francesca M. S. Germinario |
| **SHORE CHAN LLP** | Sachli Balazadeh-Nayeri (admission pending) |
| 901 Main Street, Suite 3300 | **WARREN LEX LLP** |
| Dallas, Texas 75202 | 2261 Market Street, No. 606 |

| | |
|---|---|
| Telephone: (214) 593-9110<br>Facsimile: (214) 593-9111<br>mshore@shorechan.com<br>achan@shorechan.com<br>hndai@shorechan.com<br>rchabaneix@shorechan.com<br>chsu@shorechan.com<br><br>*COUNSEL FOR PLAINTIFF*<br>*OF PURDUE RESEARCH FOUNDATION* | San Francisco, California, 94114<br>Tel: (415) 895-2940<br>Fax: (415) 895-2964<br>22-119@cases.warrenlex.com<br><br>*COUNSEL FOR DEFENDANT*<br>*GOOGLE LLC* |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 16, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Halima Shukri Ndai*

Halima Shukri Ndai