# EXHIBIT A



**(//www.prf.org)**

About (index.html)

# ABOUT PRF

The **Purdue Research Foundation (https://www.prf.org/)** is a private, nonprofit foundation created to advance the mission of Purdue University. Established in 1930, the foundation accepts gifts; administers trusts; funds scholarships and grants; acquires property; protects Purdue's intellectual property; and promotes entrepreneurial activities on behalf of Purdue. The foundation manages the Purdue Foundry, Purdue Office of Technology Commercialization, Purdue Research Park, Discovery Park District, Purdue Technology Centers and University Development Office. In 2020, the **IPWatchdog Institute (https://www.ipwatchdog.com/)** ranked Purdue third nationally in startup creation and in the top 20 for patents. The foundation received the 2019 Innovation and Economic Prosperity Universities Award for Place from the Association of Public and Land-grant Universities. For more information on licensing a Purdue innovation, visit the Purdue Office of Technology Commercialization **website (https://www.prf.org/otc/)**. For more information about involvement and investment opportunities in startups based on a Purdue innovation, visit the Purdue Foundry **website (https://www.purduefoundry.com)**.

The foundation helps Purdue maintain its world-class status by:

- Managing intellectual property developed at Purdue.
- Managing gifts, bequests and endowments.
- Making funding available to faculty, staff and students to aid in scientific investigation, research or educational studies.
- Acquiring, constructing and improving Purdue's facilities, grounds and equipment.

The foundation also owns and manages the Purdue Research Park, several satellite technology incubators, and works to acquire real estate for the expansion of the University's main campus in West Lafayette as well as its regional campuses and agricultural centers.

Contributions to Purdue, through the foundation, result in scholarships, graduate fellowships, faculty grants and equipment cost-sharing grants, allowing the Purdue Research Foundation to support discovery and learning at the University.

## ABOUT

**Purdue Research Foundation Administration**

**History**

**Governance**

**Areas of Concentration**

**2020 Annual Report**

For more information about the Purdue Research Foundation's FY2020 news and initiatives, **download our Annual Report. (2020AnnualReport.pdf)**.

**PURDUE RESEARCH FOUNDATION** +

**TECHNOLOGY TRANSFER** +

**ENTREPRENEURSHIP** +

**PURDUE RESEARCH PARK** +

**f** [(https://www.facebook.com/pages/Purdue-Research-Park/109669039052862)](https://www.facebook.com/pages/Purdue-Research-Park/109669039052862)

[(https://twitter.com/PurdueRP)](https://twitter.com/PurdueRP)

[(https://www.youtube.com/user/PurdueResearchPark)](https://www.youtube.com/user/PurdueResearchPark)

[(http://www.linkedin.com/company/purdue-research-foundation)](http://www.linkedin.com/company/purdue-research-foundation)

[(http://instagram.com/purdue_research_foundation)](http://instagram.com/purdue_research_foundation)

Kurz Purdue Technology Center, 1281 Win Hentschel Blvd., West Lafayette, IN 47906, 765-588-3470
© 2020 Purdue Research Foundation | **[Maintained by Purdue Research Foundation (http://www.prf.org)](http://www.prf.org)**
Trouble with this page? Please contact Purdue Research Foundation by Phone, 765-588-3470, or FAX, 765-463-3501.