# EXHIBIT B



**(//www.prf.org)**

contact (index.html)

# CONTACT US

**Purdue Research Foundation (PRF)**

Kurz Purdue Technology Center

1281 Win Hentschel Blvd.

West Lafayette, IN 47906

765-588-3470 Phone

765-463-3501 Fax

**Traveling to the Kurz Purdue Technology Center**

**Directions from Chicago (approx. travel time 2 hours)**

1. I-90 East to I-65 South.
2. Stay on I-65 for approximately 87 miles.
3. Exit 175, turn south/right onto S.R. 25. Stay right.
4. Intersection of S.R. 25 and U.S. 52 turn west/right.
5. Stay on U.S. 52 through 5 stop lights.
6. The 6th light will be Win Hentschel Blvd. Turn right onto Win Hentschel Blvd. Go through stop sign at Kent Ave.
7. Kurz Purdue Technology Center is immediately on your right.

**Directions from Indianapolis (approx. travel time 1 hour 15 minutes)**

1. Take I-65 north toward Chicago.
2. Stay on I-65 for approximately 55 miles.

Contact Us - Purdue Research Foundation / Purdue University

3. Exit 175, turn south/left onto S.R. 25. Stay right.
4. Intersection of S.R. 25 and U.S. 52 turn west/right.
5. Stay on U.S. 52 through 5 stop lights.
6. The 6th light will be the intersection of U.S. 52 and Win Hentschel Blvd.
7. Turn right.
8. Once on Win Hentschel Blvd., go through stop sign at Kent Ave.
9. Kurz Purdue Technology Center is immediately to your right.

**PURDUE RESEARCH FOUNDATION** +

**TECHNOLOGY TRANSFER** +

**ENTREPRENEURSHIP** +

**PURDUE RESEARCH PARK** +



 (https://www.facebook.com/pages/Purdue-Research-Park/109669039052862)
 (https://twitter.com/PurdueRP)
 (https://www.youtube.com/user/PurdueResearchPark)
 (http://www.linkedin.com/company/purdue-research-foundation)
 (http://instagram.com/purdue_research_foundation)

Kurz Purdue Technology Center, 1281 Win Hentschel Blvd., West Lafayette, IN 47906, 765-588-3470
© 2020 Purdue Research Foundation | **Maintained by Purdue Research Foundation (http://www.prf.org)**
Trouble with this page? Please contact Purdue Research Foundation by Phone, 765-588-3470, or FAX, 765-463-3501.