# EXHIBIT C



**(//www.prf.org)**

About (index.html)

# PURDUE RESEARCH FOUNDATION ADMINISTRATION

Purdue Research Foundation (PRF) is a nonprofit corporation administered by the professionals below who manage the day-to-day operations of the foundation.

The areas of administrative concentration and the responsible individuals are:

| | | |
|---|---|---|
| **President** | **Brian E. Edelman (mailto:beedelman@prf.org)** | 765-588-3826 |
| **Chief Human Resources Officer** | **Mitch W. Armbruster (mailto:mwarmbruster@prf.org)** | 765-588-1043 |
| **Chief Financial Officer & Treasurer and Back A Boiler Program Manager** | **Scott W. Seidle (mailto:sseidle@prf.org)** | 765-588-1059 |
| **VP Marketing and Communications** | **Kelly Nicholl (mailto:khnicholl@prf.org)** | 765-269-4082 |
| **SVP Alliances and Placemaking** | **Gregory W. Deason (mailto:gwdeason@prf.org)** | 765-588-5251 |
| **VP Economic Development and Corporate Counsel** | **Emily G. Najem (mailto:egnajem@prf.org)** | 765-588-3468 |

| VP and Chief Facilities Officer | Richard J. Michal (mailto:rjmichal@prf.org) | 765-588-3576 |
| Chief Innovation and Collaboration Officer | David Broecker (mailto:dabroecker@prf.org) (mailto:dabroecker@prf.org) | |
| SVP of Commercialization | Brooke L. Beier (mailto:blbeier@prf.org) | 765-588-3475 |
| Vice President for Development, Purdue for Life Foundation | Gregory R. Kapp (mailto:RGKapp@prf.org) | 765-494-4234 |
| Chief Investment Officer | David Cooper (mailto:dccooper@prf.org) | 765-588-5495 |
| VP Information Technology and McClure Services | Ed Johnson (mailto:eajohnson@prf.org) | 765-588-1069 |

## ABOUT

Purdue Research Foundation Administration

History

Governance

Areas of Concentration

2020 Annual Report

PURDUE RESEARCH FOUNDATION                                    +

TECHNOLOGY TRANSFER                                           +

ENTREPRENEURSHIP                                              +

PURDUE RESEARCH PARK 

 (https://www.facebook.com/pages/Purdue-Research-Park/109669039052862)
 (https://twitter.com/PurdueRP)
 (https://www.youtube.com/user/PurdueResearchPark)
 (http://www.linkedin.com/company/purdue-research-foundation)
 (http://instagram.com/purdue_research_foundation)

Kurz Purdue Technology Center, 1281 Win Hentschel Blvd., West Lafayette, IN 47906, 765-588-3470
© 2020 Purdue Research Foundation | **Maintained by Purdue Research Foundation (http://www.prf.org)**
Trouble with this page? Please contact Purdue Research Foundation by Phone, 765-588-3470, or FAX, 765-463-3501.