# EXHIBIT D

        

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾



### Brian Edelman · 3rd
President of Purdue Research Foundation

-  Purdue Research Foundation
-  Purdue University Krannert School of Management

Greater Indianapolis · **Contact info**

**500+** connections

 Message    More

## About
The Purdue Research Foundation's mission is to improve the world and make it a safer place through supporting entrepreneurially minded Purdue University graduates and commercializing Purdue University technologies. My role as President of the Foundation is to ensure everyone working here is clear on our objective to …see more

## Activity
2,222 followers

**Brian hasn't posted lately**
Brian's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Purdue Research Foundation**
7 yrs 4 mos

- **President**
  May 2017 - Present · 5 yrs 2 mos

- **Chief Operating Officer**
  Mar 2016 - Present · 6 yrs 4 mos

- **CFO and Treasurer**
  Mar 2015 - Mar 2016 · 1 yr 1 mo
  West Lafayette, IN

 **Eli Lilly and Company**
31 yrs 1 mo

- **VP Corporate Finance and Investment Banking**

- **Senior Director, Corporate Strategic Planning**
  2003 - 2004 · 1 yr

  Created and led the multifunction team responsible for recommending to the CEO's staff alternative solutions to prepare the firm for the patent expiry

- **Senior Director, Lilly Research Laboratories Strategy**
  2001 - 2003 · 2 yrs

  Responsible for working with the Chief Science Officer's staff to link the R&D strategy to the corporate growth strategy, influencing the R&D organization

Show all 4 experiences →

## Education


**Purdue University Krannert School of Management**
MS, Management / Finance
1982 - 1984


**Wabash College**
BA, Economics
1978 - 1982

## Interests

**Companies**   Groups   Schools


**Warren County IN. Economic Development**
188 followers


**Purdue University Krannert School of Management**
37,173 followers

Show all 10 companies →