# EXHIBIT E

APPROVED AND FILED
CONNIE LAWSON
INDIANA SECRETARY OF STATE
12/10/2020 07:37 AM

## BUSINESS ENTITY REPORT

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 192860-095 |
| **BUSINESS TYPE** | Domestic Nonprofit Corporation |
| **BUSINESS NAME** | PURDUE RESEARCH FOUNDATION |
| **ENTITY CREATION DATE** | 12/30/1930 |
| **JURISDICTION OF FORMATION** | Indiana |
| **PRINCIPAL OFFICE ADDRESS** | 1281 WIN HENTSCHEL BOULEVARD, Suite 2500, WEST LAFAYETTE, IN, 47906, USA |

### YEARS FILED

| | |
|---|---|
| **YEARS** | 2020/2021 |

### EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 12/10/2020 |
| **EFFECTIVE TIME** | 6:44 AM |

### REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | SCOTT SEIDLE |
| **ADDRESS** | 1281 WIN HENTSCHEL BOULEVARD, Suite 2500, WEST LAFAYETTE, IN, 47906, USA |
| **SERVICE OF PROCESS EMAIL** | emmcdaniel@prf.org |

I acknowledge that the Service of Process email provided above is the email address at which electronic service of process may be accepted.

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
12/10/2020 07:37 AM

| **PRINCIPAL(S)** | |
|---|---|
| TITLE | Chairman |
| NAME | Mitchell E Daniels JR. |
| ADDRESS | 1281 Win Hentschel Blvd, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Assistent Secretary |
| NAME | Tammy L Metzinger |
| ADDRESS | 1281 Win Hentschel Blvd, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | President |
| NAME | Brian E Edelman |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Chief Entrepreneurial Officer |
| NAME | Wade J Lange |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | CFO |
| NAME | Scott W Seidle |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Treasurer |
| NAME | Scott W Seidle |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Senior Vice President, Entrepreneurship and Place Making |
| NAME | Gregory W Deason |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Secretary |
| NAME | Brandee S Sommer |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| | |
| TITLE | Assistant Treasurer |
| NAME | Tammy S Metzinger |
| ADDRESS | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
12/10/2020 07:37 AM

| | |
|---|---|
| **TITLE** | Vice President, Office of Technology Communication |
| **NAME** | Brooke P Beier |
| **ADDRESS** | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| **TITLE** | Executive Vice President for Research and Partnerships |
| **NAME** | Theresa V Mayer |
| **ADDRESS** | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |
| **TITLE** | Vice President, Development |
| **NAME** | Matthew R Folk |
| **ADDRESS** | 1281 WIN HENTSCHEL BLVD, Suite 2500, West Lafayette, IN, 47906, USA |

### SIGNATURE

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **December 10**, **2020.**

| | |
|---|---|
| **SIGNATURE** | Scott Seidle |
| **TITLE** | Registered Agent |

Business ID : 192860-095
Filing No. :   8809746