# EXHIBIT G


Y. Charlie Hu | LinkedIn

     
Home · My Network · Jobs · Messaging · Notifications · Me ▾ · Work ▾ · Network Sm / Try Premium



# Y. Charlie Hu · 3rd

Professor of Electrical and Computer Engineering at Purdue University

-  Purdue University
-  Harvard University

San Francisco Bay Area · **Contact info**

**257** connections

 Message    More

## About

We are hiring! ( https://angel.co/mobile-enerlytics/jobs/281417-full-stack-lead-developer)

Inventor (core technologies and patents on smartphone energy managem …see more

## Activity

**269 followers**

**Y. Charlie hasn't posted lately**
Y. Charlie's recent posts and comments will be displayed here.

Show all activity →

## Experience


**Purdue University**
20 yrs 6 mos

- **Michael and Katherine Birck Professor of Electrical and Computer Engineering**
  Apr 2018 - Present · 4 yrs 3 mos
  West Lafayette, IN

- **Professor of Electrical and Computer Engineering**
  Jan 2002 - Present · 20 yrs 6 mos
  West Lafayette, Indiana, United States


**Founder and CEO**
Mobile Enerlytics, LLC
May 2014 - Present · 8 yrs 2 mos
West Lafayette, IN

Mobile Enerlytics brings a deep understanding of mobile device power behavior, mobile app user behavior, mobile OS and app design and their


**Visiting Researcher**
Microsoft Research
Oct 2008 - Dec 2008 · 3 mos

