# EXHIBIT H

Abhilash Jindal - Assistant Professor - Indian Institute of Technology, Delhi | LinkedIn



Abhilash Jindal







# Abhilash Jindal

Assistant Professor at Indian Institute of Technology, Delhi

Berkeley, California, United States · 500+ connections

**Sign in to connect**

 Indian Institute of Technology, Delhi

 Purdue University

 Personal Website

# Activity

Abhilash Jindal - Assistant Professor - Indian Institute of Technology Delhi | LinkedIn

  Abhilash Jindal 

**Something every nerdy kid needs to know: As people mature, they'll be drawn to you more for how you think than how you look. In adulthood, there's…**

Liked by Abhilash Jindal



**This Friday we are discussing a follow-up paper to Delos. (https://lnkd.in/d4Dde6Ug) Delos already virtualized consensus by providing a shared log…**

Shared by Abhilash Jindal

**Qualcomm is hiring FRESHERS and experienced candidates up to 3 years for the Corporate R&D AI Embedded Software Team in Bangalore ! Please send…**

Liked by Abhilash Jindal

https://www.linkedin.com/in/abhilashjindal



Abhilash Jindal



## Experience



**Assistant Professor**
Indian Institute of Technology, Delhi
Jan 2021 - Present · 1 year 6 months



**CTO, Co-founder**
Mobile Enerlytics
Apr 2014 - Present · 8 years 3 months
Mobile Enerlytics builds solutions to help app developers write energy-efficient apps.



**Senior Software Engineer**
Instabase
Dec 2019 - Jan 2021 · 1 year 2 months



**Research Assistant**
Purdue University
Aug 2011 - Jul 2017 · 6 years
West Lafayette, IN
Power management in smartphones.

## Education



**Purdue University**
Doctor of Philosophy (PhD) · Computer Science
2011 - 2017
Towards automated energy debugging on smartphones



**Indian Institute of Technology, Kanpur**
Bachelor of Technology · Electrical Engineering

Abhilash Jindal - Assistant Professor - Indian Institute of Technology - LinkedIn

  

## Publications

**Hypnos: Understanding and Treating Sleep Conflicts in Smartphones**

EuroSys '13 Proceedings of the 8th ACM European Conference on Computer Systems · 2013

To maximally conserve the critical resource of battery energy, smartphone OSes implement an aggressive system suspend policy that suspends the whole system after a brief period of user inactivity. This burdens developers with the responsibility of keeping the system on, or waking it up, to execute time-sensitive code. Developer mistakes in using the explicit power management unavoidably give rise to energy bugs, which cause significant, unexpected battery drain.

In this paper, we study a…

Show more

Other authors

  

See publication

**On Death, Taxes, and Sleep Disorder Bugs in Smartphones**

HotPower 2013 · 2013

According to Benjamin Franklin, life holds but two certainties, death and taxes. As we enter the mobile era, the primary mobile device, i.e., the smartphone, faces the certainties of adopting aggressive sleeping policies to conserve battery energy, requiring programmers to use explicit power control APIs to keep the SOC/CPU on, and a third certainty that unavoidably rises from these: sleep disorder bugs.

In this paper, we articulate the fate and destiny of smartphone apps, sleep disorder bugs, as a critical technical challenge in the mobile era. We then present a taxonomy of sleep disorder bugs, and a categorization of time-critical sections which are the root cause of sleep disorders, in apps, framework services and the Android kernel. Finally, we present a unified system for detecting the spectrum of sleep disorder bugs.

Show less

Abhilash Jindal - Assistant Professor - Indian Institute of Technology Delhi | LinkedIn

  Abhilash Jindal 

  

### Multi-objective optimization and decision making approaches to cricket team selection

Applied Soft Computing · 2012

Other authors

 

See publication

### What is keeping my phone awake? Characterizing and detecting no-sleep energy bugs in smartphone apps

MobiSys '12 Proceedings of the 10th international conference on Mobile systems, applications, and services · 2012

Despite their immense popularity in recent years, smartphones are and will remain severely limited by their battery life. Preserving this critical resource has driven smartphone OSes to undergo a paradigm shift in power management: by default every component, including the CPU, stays off or in an idle state, unless the app explicitly instructs the OS to keep it on! Such a policy encumbers app developers to explicitly juggle power control APIs exported by the OS to keep the components on, during their active use by the app and off otherwise. The resulting power-encumbered programming unavoidably gives rise to a new class of software energy bugs on smartphones called no-sleep bugs, which arise from mis-handling power control APIs by apps or the framework and result in significant and unexpected battery drainage.

This paper makes the first advances towards understanding and automatically detecting software energy bugs on smartphones. It makes the following three contributions: (1) we present the first comprehensive study of real world no-sleep energy bug characteristics; (2) we propose the first automatic solution to detect these bugs based on the classic reaching definitions dataflow analysis algorithm; (3) we provide experimental data showing that our tool accurately detected all 17 known instances of no-sleep bugs and found 34 new bugs in the 73 apps examined.

Show less

Other authors

Abhilash Jindal - Assistant Professor - Indian Institute of Technology Delhi | LinkedIn

 

Abhilash Jindal

See publication

**Colour image compression by grey to colour conversion**

Society of Photo-Optical Instrumentation Engineers (SPIE) Conference Series · 2011

Other authors

 

See publication

**Cricket Team Selection Using Evolutionary Multi-Objective Optimization**

International Conference on Swarm, Evolutionary and Memetic Computing-2011, Springer LNCS · 2011

Other authors

 

## Courses

**Algorithm Design, Analysis, And Implementation**
CS 58000

**Compiling and Programming Systems**
CS 50200

**Data Communication and Computer Networks**
CS 53600

**Database Systems**
CS 54100

Abhilash Jindal - Assistant Professor - Indian Institute of Technology, Delhi | LinkedIn




Abhilash Jindal

Introduction to Programming Languages
CS 56500

Introduction to Simulation and Modeling of Computer Systems
CS 54300

Operating Systems
CS 50300

Parallel Computing
CS 52500

Software Engineering
CS 51000

# Projects

**Autonomous Vehicle Project - Abhyast**
Mar 2009 - Feb 2011

Developed a 30cm x 30cm x 30cm vehicle which was able to navigate autonomously, provided the desired direction

Other creators



See project

# Honors & Awards

 | Abhilash Jindal | 

Jul 2011

## Languages

**Hindi**
Native or bilingual proficiency

**English**
Professional working proficiency

## Groups

 **Android Developer Group**
-

 **IITStartups**
-

 **Google Android**
-

 **Data Center Engineering**
-

 **CHATBOTS, Virtual Experts, Virtual Assistants**
-

 **NLP, Artificial Intelligence + Machine Learning professionals**
-

https://www.linkedin.com/in/abhilashjindal