# EXHIBIT K

abhinav pathak | LinkedIn

       

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Network Sm / Try Premium



## abhinav pathak · 3rd
Software Engineering Manager at Apple

-  Apple
-  Purdue University

Campbell, California, United States · **Contact info**

349 connections

🔒 Message    More

### About
Google Scholar Profile:
http://scholar.google.com/citations?user=0Um5fjgAAAAJ&hl=en

### Activity
359 followers

**abhinav hasn't posted lately**
abhinav's recent posts and comments will be displayed here.

Show all activity →

### Experience

 **Apple**
9 yrs 11 mos

- **Software Engineering Manager**
  2015 - Present · 7 yrs 6 mos

- **iOS Power Engineer**
  Aug 2012 - 2015 · 2 yrs 6 mos

 **Graduate Student**
Purdue University
Aug 2006 - Aug 2012 · 6 yrs 1 mo
West Lafayette, IN

 **Research Intern**
Microsoft
Oct 2010 - Jan 2011 · 4 mos
Redmond WA

 **Research Intern**
Microsoft
May 2009 - Aug 2009 · 4 mos
Redmond WA

abhinav pathak | LinkedIn

       

Home  My Network  Jobs  Messaging  Notifications  Me  Work  Network Sm  Try Premium

May 1999 - Aug 1999 · 4 mos
Princeton New Jersey

Show all 8 experiences →

## Education


**Purdue University**
PhD, Electrical and Computer Engineering
2006 - 2012


**Indian Institute of Technology, Kanpur**
BTech, Computer Science and Engineering
2002 - 2006

## Skills

**Algorithms**
6 endorsements

**LaTeX**
3 endorsements

**Computer Science**
3 endorsements

Show all 5 skills →

## Publications

**On Death, Taxes, and Sleep Disorder Bugs in Smartphones**
HotPower 2013 · Jan 1, 2013

According to Benjamin Franklin, life holds but two certainties, death and taxes. As we enter the mobile era, the primary mobile device, i.e., the smartphone, faces the

**WiFiDump - A Novel Architecture for Wireless Network Debugging**
Communication Systems Software and Middleware, 2007. COMSWARE 2007 · Jan 12, 2007

Show publication ↗

802.11 usage has exploded and broken all barriers for which it was originally proposed. This has resulted in research for its non-legacy usages. Such usages

## Projects

**eprof**
May 2010 - Dec 2012

 Associated with Purdue University

http://www.bbc.co.uk/news/technology-17431109

## Interests

**Influencers**   Companies   Schools

**Bill Gates** in
Co-chair, Bill & Melinda Gates Foundation