# EXHIBIT L

Sam Midkiff | LinkedIn

   Home  My Network  Jobs  Messaging  Notifications    Me ⌄     Work ⌄    Network Sm Try Premium



# Sam Midkiff · 3rd

Professor at Purdue University, School of ECE

- Purdue University, School of ECE
- University of Illinois at Urbana-Champaign

West Lafayette, Indiana, United States · **Contact info**

**271** connections

🔒 Message    More

## Activity

**276 followers**

**Sam hasn't posted lately**
Sam's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Professor**
Purdue University, School of ECE
2001 - Present · 21 yrs 6 mos

 **IBM TJ Watson Research Center**
10 yrs 11 mos

- **Research Staff Member**
  Sep 1991 - Jul 2002 · 10 yrs 11 mos

- **Research Staff Member**
  Sep 1991 - Jul 2002 · 10 yrs 11 mos

## Education

**University of Illinois Urbana-Champaign**
MS and PhD, Computer Science
1983 - 1991

## Skills

**Algorithms**

 Endorsed by John Gunnels and 2 others who are highly skilled at this

 Endorsed by 2 colleagues at IBM

👥 9 endorsements

https://www.linkedin.com/in/sam-midkiff-27868130/

