# EXHIBIT M

lint/libs/lint-checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java - platform/tools/base - Git at Google

# Google Git

android / platform / tools / base / refs/heads/mirror-goog-studio-main / . / lint / libs / lint-checks / src / main / java / com / android / tools / lint / checks / **WakelockDetector.java**

blob: 7cd4fba9c9abe57f7b85c7ed788dba2b9eb963af [file] [log] [blame]

```java
  1  /*
  2   * Copyright (C) 2012 The Android Open Source Project
  3   *
  4   * Licensed under the Apache License, Version 2.0 (the "License");
  5   * you may not use this file except in compliance with the License.
  6   * You may obtain a copy of the License at
  7   *
  8   *      http://www.apache.org/licenses/LICENSE-2.0
  9   *
 10   * Unless required by applicable law or agreed to in writing, software
 11   * distributed under the License is distributed on an "AS IS" BASIS,
 12   * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 13   * See the License for the specific language governing permissions and
 14   * limitations under the License.
 15   */
 16
 17  package com.android.tools.lint.checks;
 18
 19  import com.android.annotations.NonNull;
 20  import com.android.annotations.Nullable;
 21  import com.android.tools.lint.checks.ControlFlowGraph.Node;
 22  import com.android.tools.lint.detector.api.Category;
 23  import com.android.tools.lint.detector.api.ClassContext;
 24  import com.android.tools.lint.detector.api.ClassScanner;
 25  import com.android.tools.lint.detector.api.Context;
 26  import com.android.tools.lint.detector.api.Detector;
 27  import com.android.tools.lint.detector.api.Implementation;
 28  import com.android.tools.lint.detector.api.Issue;
 29  import com.android.tools.lint.detector.api.JavaContext;
 30  import com.android.tools.lint.detector.api.Lint;
 31  import com.android.tools.lint.detector.api.LintFix;
 32  import com.android.tools.lint.detector.api.Location;
 33  import com.android.tools.lint.detector.api.Scope;
 34  import com.android.tools.lint.detector.api.Severity;
 35  import com.android.tools.lint.detector.api.SourceCodeScanner;
 36  import com.intellij.psi.PsiClass;
 37  import com.intellij.psi.PsiMethod;
 38  import java.util.Arrays;
 39  import java.util.Collections;
 40  import java.util.List;
 41  import org.jetbrains.uast.UCallExpression;
 42  import org.objectweb.asm.Opcodes;
 43  import org.objectweb.asm.tree.AbstractInsnNode;
 44  import org.objectweb.asm.tree.ClassNode;
 45  import org.objectweb.asm.tree.InsnList;
 46  import org.objectweb.asm.tree.JumpInsnNode;
 47  import org.objectweb.asm.tree.LdcInsnNode;
 48  import org.objectweb.asm.tree.MethodInsnNode;
 49  import org.objectweb.asm.tree.MethodNode;
 50  import org.objectweb.asm.tree.analysis.AnalyzerException;
 51
 52  /**
 53   * Checks for problems with wakelocks (such as failing to release them) which can lead to
 54   * unnecessary battery usage.
 55   */
 56  public class WakelockDetector extends Detector implements ClassScanner, SourceCodeScanner {
 57      public static final String ANDROID_APP_ACTIVITY = "android.app.Activity";
 58
 59      /** Problems using wakelocks */
 60      public static final Issue ISSUE =
 61              Issue.create(
 62                      "Wakelock",
 63                      "Incorrect `WakeLock` usage",
 64                      "Failing to release a wakelock properly can keep the Android device in "
 65                              + "a high power mode, which reduces battery life. There are several causes "
 66                              + "of this, such as releasing the wake lock in `onDestroy()` instead of in "
 67                              + "`onPause()`, failing to call `release()` in all possible code paths after "
 68                              + "an `acquire()`, and so on.\n"
 69                              + "\n"
 70                              + "NOTE: If you are using the lock just to keep the screen on, you should "
 71                              + "strongly consider using `FLAG_KEEP_SCREEN_ON` instead. This window flag "
 72                              + "will be correctly managed by the platform as the user moves between "
 73                              + "applications and doesn't require a special permission. See "
 74                              + "https://developer.android.com/reference/android/view/WindowManager.LayoutParams.html#FLAG_KEEP_SCREEN_ON.",
 75                      Category.PERFORMANCE,
 76                      9,
 77                      Severity.WARNING,
 78                      new Implementation(WakelockDetector.class, Scope.CLASS_FILE_SCOPE))
 79                      .setAndroidSpecific(true);
 80
 81      /** Using non-timeout version of wakelock acquire */
 82      public static final Issue TIMEOUT =
 83              Issue.create(
 84                      "WakelockTimeout",
```

Case 6:22-cv-00119-ADA   Document 22-17   Filed 06/16/22   Page 3 of 7

lint/libs/lint-checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java - platform/tools/base - Git at Google

```
 85                                     "Using wakeLock without timeout",
 86                                     "Wakelocks have two acquire methods: one with a timeout, and one without. "
 87
 88                                             + "You should generally always use the one with a timeout. A typical "
 89                                             + "timeout is 10 minutes. If the task takes longer than it is critical "
 90                                             + "that it happens (i.e. can't use `JobScheduler`) then maybe they "
 91                                             + "should consider a foreground service instead (which is a stronger "
 92                                             + "run guarantee and lets the user know something long/important is "
                                                + "happening).",
 93                                     Category.PERFORMANCE,
 94                                     9,
 95                                     Severity.WARNING,
 96                                     new Implementation(WakelockDetector.class, Scope.JAVA_FILE_SCOPE))
 97                             .setAndroidSpecific(true);
 98
 99     private static final String WAKELOCK_OWNER = "android/os/PowerManager$WakeLock";
100     private static final String RELEASE_METHOD = "release";
101     private static final String ACQUIRE_METHOD = "acquire";
102     private static final String IS_HELD_METHOD = "isHeld";
103     private static final String POWER_MANAGER = "android/os/PowerManager";
104     private static final String NEW_WAKE_LOCK_METHOD = "newWakeLock";
105
106     /** Constructs a new {@link WakelockDetector} */
107     public WakelockDetector() {}
108
109     @Override
110     public void afterCheckRootProject(@NonNull Context context) {
111         if (mHasAcquire && !mHasRelease && context.getDriver().getPhase() == 1) {
112             // Gather positions of the acquire calls
113             context.getDriver().requestRepeat(this, Scope.CLASS_FILE_SCOPE);
114         }
115     }
116
117     // ---- Implements ClassScanner ----
118
119     /** Whether any {@code acquire()} calls have been encountered */
120     private boolean mHasAcquire;
121
122     /** Whether any {@code release()} calls have been encountered */
123     private boolean mHasRelease;
124
125     @Override
126     @Nullable
127     public List<String> getApplicableCallNames() {
128         return Arrays.asList(ACQUIRE_METHOD, RELEASE_METHOD, NEW_WAKE_LOCK_METHOD);
129     }
130
131     @Override
132     public void checkCall(
133             @NonNull ClassContext context,
134             @NonNull ClassNode classNode,
135             @NonNull MethodNode method,
136             @NonNull MethodInsnNode call) {
137         if (!context.getProject().getReportIssues()) {
138             // If this is a library project not being analyzed, ignore it
139             return;
140         }
141
142         if (call.owner.equals(WAKELOCK_OWNER)) {
143             String name = call.name;
144             if (name.equals(ACQUIRE_METHOD)) {
145                 if (call.desc.equals(
146                         "(J)V")) { // acquire(long timeout) does not require a corresponding release
147                     return;
148                 }
149                 mHasAcquire = true;
150
151                 if (context.getDriver().getPhase() == 2) {
152                     assert !mHasRelease;
153                     context.report(
154                             ISSUE,
155                             method,
156                             call,
157                             context.getLocation(call),
158                             "Found a wakelock `acquire()` but no `release()` calls anywhere");
159                 } else {
160                     assert context.getDriver().getPhase() == 1;
161                     // Perform flow analysis in this method to see if we're
162                     // performing an acquire/release block, where there are code paths
163                     // between the acquire and release which can result in the
164                     // release call not getting reached.
165                     checkFlow(context, classNode, method, call);
166                 }
167             } else if (name.equals(RELEASE_METHOD)) {
168                 mHasRelease = true;
169
170                 // See if the release is happening in an onDestroy method, in an activity.
171                 if ("onDestroy".equals(method.name)) {
172                     PsiClass psiClass = context.findPsiClass(classNode);
173                     PsiClass activityClass = context.findPsiClass(ANDROID_APP_ACTIVITY);
174                     if (psiClass != null
175                             && activityClass != null
176                             && psiClass.isInheritor(activityClass, true)) {
```

```
177                                    context.report(
178                                            ISSUE,
179                                            method,
180                                            call,
181                                            context.getLocation(call),
182                                            "Wakelocks should be released in `onPause`, not `onDestroy`");
183                                }
184                            }
185                        }
186                    } else if (call.owner.equals(POWER_MANAGER)) {
187                        if (call.name.equals(NEW_WAKE_LOCK_METHOD)) {
188                            AbstractInsnNode prev = Lint.getPrevInstruction(call);
189                            if (prev == null) {
190                                return;
191                            }
192                            prev = Lint.getPrevInstruction(prev);
193                            if (prev == null || prev.getOpcode() != Opcodes.LDC) {
194                                return;
195                            }
196                            LdcInsnNode ldc = (LdcInsnNode) prev;
197                            Object constant = ldc.cst;
198                            if (constant instanceof Integer) {
199                                int flag = (Integer) constant;
200                                // Constant values are copied into the bytecode so we have to compare
201                                // values; however, that means the values are part of the API
202                                final int PARTIAL_WAKE_LOCK = 0x00000001;
203                                final int ACQUIRE_CAUSES_WAKEUP = 0x10000000;
204                                final int both = PARTIAL_WAKE_LOCK | ACQUIRE_CAUSES_WAKEUP;
205                                if ((flag & both) == both) {
206                                    context.report(
207                                            ISSUE,
208                                            method,
209                                            call,
210                                            context.getLocation(call),
211                                            "Should not set both `PARTIAL_WAKE_LOCK` and `ACQUIRE_CAUSES_WAKEUP`. "
212                                                    + "If you do not want the screen to turn on, get rid of "
213                                                    + "`ACQUIRE_CAUSES_WAKEUP`");
214                                }
215                            }
216                        }
217                    }
218                }
219
220                private static void checkFlow(
221                        @NonNull ClassContext context,
222                        @NonNull ClassNode classNode,
223                        @NonNull MethodNode method,
224                        @NonNull MethodInsnNode acquire) {
225                    final InsnList instructions = method.instructions;
226                    MethodInsnNode release = null;
227
228                    // Find release call
229                    for (int i = 0, n = instructions.size(); i < n; i++) {
230                        AbstractInsnNode instruction = instructions.get(i);
231                        int type = instruction.getType();
232                        if (type == AbstractInsnNode.METHOD_INSN) {
233                            MethodInsnNode call = (MethodInsnNode) instruction;
234                            if (call.name.equals(RELEASE_METHOD) && call.owner.equals(WAKELOCK_OWNER)) {
235                                release = call;
236                                break;
237                            }
238                        }
239                    }
240
241                    if (release == null) {
242                        // Didn't find both acquire and release in this method; no point in doing
243                        // local flow analysis
244                        return;
245                    }
246
247                    try {
248                        MyGraph graph = new MyGraph();
249                        ControlFlowGraph.create(graph, classNode, method);
250
251                        int status = dfs(graph.getNode(acquire));
252                        if ((status & SEEN_RETURN) != 0) {
253                            String message;
254                            if ((status & SEEN_EXCEPTION) != 0) {
255                                message = "The `release()` call is not always reached (via exceptional flow)";
256                            } else {
257                                message = "The `release()` call is not always reached";
258                            }
259
260                            context.report(ISSUE, method, acquire, context.getLocation(release), message);
261                        }
262                    } catch (AnalyzerException e) {
263                        context.log(e, null);
264                    }
265                }
266
267                private static final int SEEN_TARGET = 1;
268                private static final int SEEN_BRANCH = 2;
269                private static final int SEEN_EXCEPTION = 4;
```

```
270         private static final int SEEN_RETURN = 8;
271
272         /** TODO RENAME */
273         private static class MyGraph extends ControlFlowGraph {
274             @Override
275             protected void add(@NonNull AbstractInsnNode from, @NonNull AbstractInsnNode to) {
276                 if (from.getOpcode() == Opcodes.IFNULL) {
277                     JumpInsnNode jump = (JumpInsnNode) from;
278                     if (jump.label == to) {
279                         // Skip jump targets on null if it's surrounding the release call
280                         //
281                         //  if (lock != null) {
282                         //      lock.release();
283                         //  }
284                         //
285                         // The above shouldn't be considered a scenario where release() may not
286                         // be called.
287                         AbstractInsnNode next = Lint.getNextInstruction(from);
288                         if (next != null && next.getType() == AbstractInsnNode.VAR_INSN) {
289                             next = Lint.getNextInstruction(next);
290                             if (next != null && next.getType() == AbstractInsnNode.METHOD_INSN) {
291                                 MethodInsnNode method = (MethodInsnNode) next;
292                                 if (method.name.equals(RELEASE_METHOD)
293                                         && method.owner.equals(WAKELOCK_OWNER)) {
294                                     // This isn't entirely correct; this will also trigger
295                                     // for "if (lock == null) { lock.release(); }" but that's
296                                     // not likely (and caught by other null checking in tools)
297                                     return;
298                                 }
299                             }
300                         }
301                     }
302                 } else if (from.getOpcode() == Opcodes.IFEQ) {
303                     JumpInsnNode jump = (JumpInsnNode) from;
304                     if (jump.label == to) {
305                         AbstractInsnNode prev = Lint.getPrevInstruction(from);
306                         if (prev != null && prev.getType() == AbstractInsnNode.METHOD_INSN) {
307                             MethodInsnNode method = (MethodInsnNode) prev;
308                             if (method.name.equals(IS_HELD_METHOD)
309                                     && method.owner.equals(WAKELOCK_OWNER)) {
310                                 AbstractInsnNode next = Lint.getNextInstruction(from);
311                                 if (next != null) {
312                                     super.add(from, next);
313                                     return;
314                                 }
315                             }
316                         }
317                     }
318                 }
319
320                 super.add(from, to);
321             }
322         }
323
324         /**
325          * Search from the given node towards the target; return false if we reach an exit point such as
326          * a return or a call on the way there that is not within a try/catch clause.
327          *
328          * @param node the current node
329          * @return true if the target was reached XXX RETURN VALUES ARE WRONG AS OF RIGHT NOW
330          */
331         protected static int dfs(ControlFlowGraph.Node node) {
332             AbstractInsnNode instruction = node.instruction;
333             if (instruction.getType() == AbstractInsnNode.JUMP_INSN) {
334                 int opcode = instruction.getOpcode();
335                 if (opcode == Opcodes.RETURN
336                         || opcode == Opcodes.ARETURN
337                         || opcode == Opcodes.LRETURN
338                         || opcode == Opcodes.IRETURN
339                         || opcode == Opcodes.DRETURN
340                         || opcode == Opcodes.FRETURN
341                         || opcode == Opcodes.ATHROW) {
342                     return SEEN_RETURN;
343                 }
344             }
345
346             // There are no cycles, so no *NEED* for this, though it does avoid
347             // researching shared labels. However, it makes debugging harder (no re-entry)
348             // so this is only done when debugging is off
349             if (node.visit != 0) {
350                 return 0;
351             }
352             node.visit = 1;
353
354             // Look for the target. This is any method call node which is a release on the
355             // lock (later also check it's the same instance, though that's harder).
356             // This is because finally blocks tend to be inlined so from a single try/catch/finally
357             // with a release() in the finally, the bytecode can contain multiple repeated
358             // (inlined) release() calls.
359             if (instruction.getType() == AbstractInsnNode.METHOD_INSN) {
360                 MethodInsnNode method = (MethodInsnNode) instruction;
361                 if (method.name.equals(RELEASE_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
362                     return SEEN_TARGET;
```

```
363                } else if (method.name.equals(ACQUIRE_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
364                    // OK
365                } else if (method.name.equals(IS_HELD_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
366                    // OK
367                } else {
368                    // Some non acquire/release method call: if this is not associated with a
369                    // try-catch block, it would mean the exception would exit the method,
370                    // which would be an error
371                    if (node.exceptions.isEmpty()) {
372                        // Look up the corresponding frame, if any
373                        AbstractInsnNode curr = method.getPrevious();
374                        boolean foundFrame = false;
375                        while (curr != null) {
376                            if (curr.getType() == AbstractInsnNode.FRAME) {
377                                foundFrame = true;
378                                break;
379                            }
380                            curr = curr.getPrevious();
381                        }
382
383                        if (!foundFrame) {
384                            return SEEN_RETURN;
385                        }
386                    }
387                }
388            }
389
390            // if (node.instruction is a call, and the call is not caught by
391            // a try/catch block (provided the release is not inside the try/catch block)
392            // then return false
393            int status = 0;
394
395            boolean implicitReturn = true;
396            List<Node> successors = node.successors;
397            List<Node> exceptions = node.exceptions;
398            if (!exceptions.isEmpty()) {
399                implicitReturn = false;
400            }
401            for (Node successor : exceptions) {
402                status = dfs(successor) | status;
403                if ((status & SEEN_RETURN) != 0) {
404                    return status;
405                }
406            }
407
408            if (status != 0) {
409                status |= SEEN_EXCEPTION;
410            }
411
412            if (!successors.isEmpty()) {
413                implicitReturn = false;
414                if (successors.size() > 1) {
415                    status |= SEEN_BRANCH;
416                }
417            }
418            for (Node successor : successors) {
419                status = dfs(successor) | status;
420                if ((status & SEEN_RETURN) != 0) {
421                    return status;
422                }
423            }
424
425            if (implicitReturn) {
426                status |= SEEN_RETURN;
427            }
428
429            return status;
430        }
431
432        // Check for the non-timeout version of wakelock acquire
433
434        @Nullable
435        @Override
436        public List<String> getApplicableMethodNames() {
437            return Collections.singletonList("acquire");
438        }
439
440        @Override
441        public void visitMethodCall(
442                @NonNull JavaContext context,
443                @NonNull UCallExpression call,
444                @NonNull PsiMethod method) {
445            if (call.getValueArgumentCount() > 0) {
446                return;
447            }
448
449            if (!context.getEvaluator().isMemberInClass(method, "android.os.PowerManager.WakeLock")) {
450                return;
451            }
452
453            Location location = context.getLocation(call);
454            LintFix fix =
455                    fix().name("Set timeout to 10 minutes")
```

```
456                         .replace()
457                         .pattern("acquire\\s*\\(()\\s*\\)")
458                         .with("10*60*1000L /*10 minutes*/")
459                         .build();
460
461         context.report(
462                 TIMEOUT,
463                 call,
464                 location,
465                 ""
466                         + "Provide a timeout when requesting a wakelock with "
467                         + "`PowerManager.Wakelock.acquire(long timeout)`. This will ensure the OS will "
468                         + "cleanup any wakelocks that last longer than you intend, and will save your "
469                         + "user's battery.",
470                 fix);
471     }
472 }
```