# EXHIBIT O

**Google Git**                                                                                                  Sign in

android / platform / tools / base / refs/heads/mirror-goog-studio-main / lint / libs / lint-checks / src / main / java / com / android / tools / lint / checks / **WakelockDetector.java**

| | | |
|---|---|---|
| d7439f1 | Add whitespace test mode | by Tor Norbye · 11 months ago |
| 32708cf | Lint: remove last usage of superclass map | by Matthew Gharrity · 1 year, 11 months ago |
| b86070c | Fix various issues identified by the lint implementation checker | by Tor Norbye · 2 years, 5 months ago |
| 2a8fd86 | Remove various unused code in lint and add some more tests | by Tor Norbye · 3 years ago |
| d4f7cab | Add support for unsuppressible checks and non-Android checks | by Tor Norbye · 4 years, 2 months ago |
| 2102127 | 112360237: Lint to validate @RestrictTo(LIBRARY) on fields too | by Tor Norbye · 3 years, 10 months ago |
| 70257e6 | Replace deprecated lint calls with replacements | by Tor Norbye · 4 years, 2 months ago |
| 440f135 | Port Gradle detector to Kotlin | by Tor Norbye · 4 years, 3 months ago |
| ff37cc0 | Reformat lint source code | by Tor Norbye · 4 years, 3 months ago |
| d9210bd | 71698374: Lint: Implementing scanner interface directly fails | by Tor Norbye · 4 years, 5 months ago |
| 09234b2 | Grammar fix: Fix grammar mistake in various error messages | by Tor Norbye · 4 years, 8 months ago |
| 77e97b1 | Fix a few warnings | by Tor Norbye · 4 years, 10 months ago |
| a44cd04 | Add basic quickfix support to lint | by Tor Norbye · 5 years ago |
| 0dedf90 | Add UAST and switch to UAST for the Java lint detectors | by Tor Norbye · 5 years ago |
| 140957b | 3 new lint checks: locale crashes, reflection, wakelocks | by Tor Norbye · 5 years ago |
| 9719863 | Lint code cleanup | by Tor Norbye · 6 years ago |
| 8331749 | Migrate and improve more bytecode-based lint checks to AST-based checks | by Tor Norbye · 6 years ago |
| 91b8019 | Fixes incorrect WakeLock detection. | by estebandlc · 7 years ago |
| 60ca14b | Fix warnings (and a bug uncovered by warning) | by Tor Norbye · 7 years ago |
| 2d252fc | Remove the optional data attribute for lint errors | by Tor Norbye · 8 years ago |
| 5568fd9 | Remove lint issue descriptions | by Tor Norbye · 8 years ago |
| 8a365ef | Add markup format to error messages | by Tor Norbye · 8 years ago |
| 8158e64 | 66040: WakeLock acquire(int) should not complain about no release() call | by Tor Norbye · 8 years ago |
| e178dcf | Enable static method check, fix suggested warnings, fix typo | by Tor Norbye · 9 years ago |
| e964731 | Rename project directories to match project names. | by Raphael Moll · 9 years ago |

[Renamed from lint/libs/lint_checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java]

| | | |
|---|---|---|
| c03df13 | Separate detector metadata from issue | by Tor Norbye · 9 years ago |
| 0e717c7 | 42169: New Lint Check: ACQUIRE_CAUSES_WAKEUP with PARTIAL_WAKE_LOCK | by Tor Norbye · 9 years ago |
| 940b0f9 | Copy code from sdk.git to base.git | by Tor Norbye · 9 years ago |

Powered by Gitiles | Privacy                                                                              txt    json