# EXHIBIT P

file:WakelockDetector.java branch:master project:platform/sdk · Gerrit Code Review

Android Open Source Project | CHANGES | DOCUMENTATION | BROWSE | file:WakelockDetector.java branch:master project:platform/sdk | Repositories | Sign in

| Subject | Owner | Reviewers | Repo | Branch | Updated | Size | Status | CR | PV |
|---|---|---|---|---|---|---|---|---|---|
| Remove source of prebuilts. | raphael | Siva, Tor, +1 | platform/sdk | master | Feb 08, 2013 | XL | Merged | +2 | |
| 42169: New Lint Check: ACQUIRE_CAUSES_WAKEUP with PARTIAL_WAKE_LOCK | Tor Norbye | | platform/sdk | master | Jan 02, 2013 | M | Merged | +2 | |
| Code cleanup | Tor Norbye | raphael, Scott, +2 | platform/sdk | master | Dec 12, 2012 | XL | Merged | +2 | |
| Refactor lint folder structure. | Xavier Ducrohet | Rick, Tor | platform/sdk | master | Dec 07, 2012 | M | Merged | +2 | |
| 40424: Wakelock Release check not quite correct | Tor Norbye | raphael, Siva, +1 | platform/sdk | master | Nov 28, 2012 | M | Merged | +2 | |
| Additional fixes to filter out library project lint warnings | Tor Norbye | Siva | platform/sdk | master | Nov 02, 2012 | M | Merged | +2 | |
| Fix handling of @SuppressLint on fields | Tor Norbye | raphael, Siva, +1 | platform/sdk | master | Oct 22, 2012 | M | Merged | +2 | |
| Constants refactoring. | Tor Norbye | raphael, Siva, +1 | platform/sdk | master | Sep 13, 2012 | XL | Merged | +2 | |
| Use simple markup for bold and monospace in lint issues | Tor Norbye | raphael, Siva, +1 | platform/sdk | master | Aug 27, 2012 | L | Merged | +2 | |
| Markup | Tor Norbye | | platform/sdk | master | Aug 23, 2012 | L | Abandoned | | |
| Add basic flow analysis support to lint | Tor Norbye | Siva, Xavier | platform/sdk | master | Jul 23, 2012 | L | Merged | +2 | |
| Add lint checks for wakelock and secure random problems | Tor Norbye | Siva, Xavier | platform/sdk | master | Jul 23, 2012 | L | Merged | +2 | |

Page 1

Powered by Gerrit Code Review (3.6.0-rc5-645-g94d77b53bb) | Privacy

Press "?" for keyboard shortcuts

https://android-review.googlesource.com/q/file:WakelockDetector.java+branch:master+project:platform/sdk

1/1