# EXHIBIT Q

base - lint/libs/lint-checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java - platform/tools/base - Git at Google

Google Git                                                                                                                                Sign in

android / platform / tools / base / refs/heads/mirror-goog-studio-main / . / lint / libs / lint-checks / src / main / java / com / android / tools / lint / checks /
**WakelockDetector.java**

```
blob: 7cd4fba9c9abe57f7b85c7ed788dba2b9eb963af [file] [log] [blame]
```

| Author | Commit | Date | Diff | Line | Code |
|---|---|---|---|---|---|
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 1 | `/*` |
| | | | | 2 | ` * Copyright (C) 2012 The Android Open Source Project` |
| | | | | 3 | ` *` |
| | | | | 4 | ` * Licensed under the Apache License, Version 2.0 (the "License");` |
| | | | | 5 | ` * you may not use this file except in compliance with the License.` |
| | | | | 6 | ` * You may obtain a copy of the License at` |
| | | | | 7 | ` *` |
| | | | | 8 | ` *      http://www.apache.org/licenses/LICENSE-2.0` |
| | | | | 9 | ` *` |
| | | | | 10 | ` * Unless required by applicable law or agreed to in writing, software` |
| | | | | 11 | ` * distributed under the License is distributed on an "AS IS" BASIS,` |
| | | | | 12 | ` * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.` |
| | | | | 13 | ` * See the License for the specific language governing permissions and` |
| | | | | 14 | ` * limitations under the License.` |
| | | | | 15 | ` */` |
| | | | | 16 | |
| | | | | 17 | `package com.android.tools.lint.checks;` |
| Tor Norbye | 0e717c7 | 2013-01-02 10:32:38 -0800 | [diff] [blame] | 18 | |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 19 | `import com.android.annotations.NonNull;` |
| | | | | 20 | `import com.android.annotations.Nullable;` |
| | | | | 21 | `import com.android.tools.lint.checks.ControlFlowGraph.Node;` |
| | | | | 22 | `import com.android.tools.lint.detector.api.Category;` |
| | | | | 23 | `import com.android.tools.lint.detector.api.ClassContext;` |
| Tor Norbye | d9210bd | 2018-01-05 21:17:11 +0100 | [diff] [blame] | 24 | `import com.android.tools.lint.detector.api.ClassScanner;` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 25 | `import com.android.tools.lint.detector.api.Context;` |
| | | | | 26 | `import com.android.tools.lint.detector.api.Detector;` |
| Tor Norbye | c03df13 | 2013-01-17 13:26:19 -0800 | [diff] [blame] | 27 | `import com.android.tools.lint.detector.api.Implementation;` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 28 | `import com.android.tools.lint.detector.api.Issue;` |
| Tor Norbye | 140957b | 2017-01-23 07:08:07 -0800 | [diff] [blame] | 29 | `import com.android.tools.lint.detector.api.JavaContext;` |
| Tor Norbye | 70257e6 | 2018-04-18 17:26:30 -0700 | [diff] [blame] | 30 | `import com.android.tools.lint.detector.api.Lint;` |
| Tor Norbye | a44cd04 | 2017-04-14 21:19:23 -0700 | [diff] [blame] | 31 | `import com.android.tools.lint.detector.api.LintFix;` |
| Tor Norbye | 0dedf90 | 2016-12-20 10:19:58 +0000 | [diff] [blame] | 32 | `import com.android.tools.lint.detector.api.Location;` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 33 | `import com.android.tools.lint.detector.api.Scope;` |
| | | | | 34 | `import com.android.tools.lint.detector.api.Severity;` |
| Tor Norbye | d9210bd | 2018-01-05 21:17:11 +0100 | [diff] [blame] | 35 | `import com.android.tools.lint.detector.api.SourceCodeScanner;` |
| Matthew Gharrity | 32708cf | 2020-07-18 14:14:40 -0700 | [diff] [blame] | 36 | `import com.intellij.psi.PsiClass;` |
| Tor Norbye | 140957b | 2017-01-23 07:08:07 -0800 | [diff] [blame] | 37 | `import com.intellij.psi.PsiMethod;` |
| Tor Norbye | 9719863 | 2016-10-24 08:39:14 -0700 | [diff] [blame] | 38 | `import java.util.Arrays;` |
| Tor Norbye | 140957b | 2017-01-23 07:08:07 -0800 | [diff] [blame] | 39 | `import java.util.Collections;` |
| Tor Norbye | 9719863 | 2016-10-24 08:39:14 -0700 | [diff] [blame] | 40 | `import java.util.List;` |
| Tor Norbye | 0dedf90 | 2016-12-20 10:19:58 +0000 | [diff] [blame] | 41 | `import org.jetbrains.uast.UCallExpression;` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 42 | `import org.objectweb.asm.Opcodes;` |
| | | | | 43 | `import org.objectweb.asm.tree.AbstractInsnNode;` |
| | | | | 44 | `import org.objectweb.asm.tree.ClassNode;` |
| | | | | 45 | `import org.objectweb.asm.tree.InsnList;` |
| | | | | 46 | `import org.objectweb.asm.tree.JumpInsnNode;` |
| Tor Norbye | 0e717c7 | 2013-01-02 10:32:38 -0800 | [diff] [blame] | 47 | `import org.objectweb.asm.tree.LdcInsnNode;` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 48 | `import org.objectweb.asm.tree.MethodInsnNode;` |
| | | | | 49 | `import org.objectweb.asm.tree.MethodNode;` |
| | | | | 50 | `import org.objectweb.asm.tree.analysis.AnalyzerException;` |
| | | | | 51 | |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 52 | `/**` |
| Tor Norbye | ff37cc0 | 2018-03-09 07:56:23 -0800 | [diff] [blame] | 53 | ` * Checks for problems with wakelocks (such as failing to release them) which can lead to` |
| | | | | 54 | ` * unnecessary battery usage.` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 55 | ` */` |
| Tor Norbye | d9210bd | 2018-01-05 21:17:11 +0100 | [diff] [blame] | 56 | `public class WakelockDetector extends Detector implements ClassScanner, SourceCodeScanner {` |
| Matthew Gharrity | 32708cf | 2020-07-18 14:14:40 -0700 | [diff] [blame] | 57 | `    public static final String ANDROID_APP_ACTIVITY = "android.app.Activity";` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 58 | |
| | | | | 59 | `    /** Problems using wakelocks */` |
| Tor Norbye | ff37cc0 | 2018-03-09 07:56:23 -0800 | [diff] [blame] | 60 | `    public static final Issue ISSUE =` |
| | | | | 61 | `            Issue.create(` |
| Tor Norbye | d4f7cab | 2018-04-20 07:12:19 -0700 | [diff] [blame] | 62 | `                    "Wakelock",` |
| | | | | 63 | `                    "Incorrect `WakeLock` usage",` |
| | | | | 64 | `                    "Failing to release a wakelock properly can keep the Android device in "` |
| | | | | 65 | `                            + "a high power mode, which reduces battery life. There are several causes "` |
| | | | | 66 | `                            + "of this, such as releasing the wake lock in `onDestroy()` instead of in "` |
| | | | | 67 | `                            + "`onPause()`, failing to call `release()` in all possible code paths after "` |
| | | | | 68 | `                            + "an `acquire()`, and so on.\n"` |
| | | | | 69 | `                            + "\n"` |
| | | | | 70 | `                            + "NOTE: If you are using the lock just to keep the screen on, you should "` |
| | | | | 71 | `                            + "strongly consider using `FLAG_KEEP_SCREEN_ON` instead. This window flag "` |
| | | | | 72 | `                            + "will be correctly managed by the platform as the user moves between "` |
| | | | | 73 | `                            + "applications and doesn't require a special permission. See "` |
| Tor Norbye | b86070c | 2020-01-10 16:00:18 -0800 | [diff] [blame] | 74 | `                            + "https://developer.android.com/reference/android/view/WindowManager.LayoutParams.html#FLAG_KEEP_SCREEN_ON.",` |
| Tor Norbye | d4f7cab | 2018-04-20 07:12:19 -0700 | [diff] [blame] | 75 | `                    Category.PERFORMANCE,` |
| | | | | 76 | `                    9,` |
| | | | | 77 | `                    Severity.WARNING,` |
| | | | | 78 | `                    new Implementation(WakelockDetector.class, Scope.CLASS_FILE_SCOPE))` |
| | | | | 79 | `                    .setAndroidSpecific(true);` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 80 | |
| Tor Norbye | 140957b | 2017-01-23 07:08:07 -0800 | [diff] [blame] | 81 | `    /** Using non-timeout version of wakelock acquire */` |
| Tor Norbye | ff37cc0 | 2018-03-09 07:56:23 -0800 | [diff] [blame] | 82 | `    public static final Issue TIMEOUT =` |
| | | | | 83 | `            Issue.create(` |
| Tor Norbye | d4f7cab | 2018-04-20 07:12:19 -0700 | [diff] [blame] | 84 | `                    "WakelockTimeout",` |
| | | | | 85 | `                    "Using wakeLock without timeout",` |
| | | | | 86 | `                    "Wakelocks have two acquire methods: one with a timeout, and one without. "` |
| | | | | 87 | `                            + "You should generally always use the one with a timeout. A typical "` |
| | | | | 88 | `                            + "timeout is 10 minutes. If the task takes longer than it is critical "` |
| | | | | 89 | `                            + "that it happens (i.e. can't use `JobScheduler`) then maybe they "` |
| | | | | 90 | `                            + "should consider a foreground service instead (which is a stronger "` |
| | | | | 91 | `                            + "run guarantee and lets the user know something long/important is "` |
| | | | | 92 | `                            + "happening).",` |
| | | | | 93 | `                    Category.PERFORMANCE,` |
| | | | | 94 | `                    9,` |
| | | | | 95 | `                    Severity.WARNING,` |
| | | | | 96 | `                    new Implementation(WakelockDetector.class, Scope.JAVA_FILE_SCOPE))` |
| | | | | 97 | `                    .setAndroidSpecific(true);` |
| Tor Norbye | 140957b | 2017-01-23 07:08:07 -0800 | [diff] [blame] | 98 | |
| Tor Norbye | 9719863 | 2016-10-24 08:39:14 -0700 | [diff] [blame] | 99 | `    private static final String WAKELOCK_OWNER = "android/os/PowerManager$WakeLock";` |
| | | | | 100 | `    private static final String RELEASE_METHOD = "release";` |
| | | | | 101 | `    private static final String ACQUIRE_METHOD = "acquire";` |
| | | | | 102 | `    private static final String IS_HELD_METHOD = "isHeld";` |
| | | | | 103 | `    private static final String POWER_MANAGER = "android/os/PowerManager";` |
| | | | | 104 | `    private static final String NEW_WAKE_LOCK_METHOD = "newWakeLock";` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 105 | |
| | | | | 106 | `    /** Constructs a new {@link WakelockDetector} */` |
| Tor Norbye | ff37cc0 | 2018-03-09 07:56:23 -0800 | [diff] [blame] | 107 | `    public WakelockDetector() {}` |
| Tor Norbye | 940b0f9 | 2012-12-12 15:52:52 -0800 | [diff] [blame] | 108 | |
| | | | | 109 | `    @Override` |
| Tor Norbye | 440f135 | 2018-03-14 21:40:01 -0700 | [diff] [blame] | 110 | `    public void afterCheckRootProject(@NonNull Context context) {` |

Case 6:22-cv-00119-ADA   Document 23-21   Filed 06/16/22   Page 3 of 5

blame: lint/libs/lint-checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java - platform/tools/base - Git at Google    

```
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  111        if (mHasAcquire && !mHasRelease && context.getDriver().getPhase() == 1) {
                                                                  112            // Gather positions of the acquire calls
                                                                  113            context.getDriver().requestRepeat(this, Scope.CLASS_FILE_SCOPE);
                                                                  114        }
                                                                  115    }
                                                                  116
                                                                  117    // ---- Implements ClassScanner ----
                                                                  118
                                                                  119    /** Whether any {@code acquire()} calls have been encountered */
                                                                  120    private boolean mHasAcquire;
                                                                  121
                                                                  122    /** Whether any {@code release()} calls have been encountered */
                                                                  123    private boolean mHasRelease;
                                                                  124
                                                                  125    @Override
                                                                  126    @Nullable
                                                                  127    public List<String> getApplicableCallNames() {
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  128        return Arrays.asList(ACQUIRE_METHOD, RELEASE_METHOD, NEW_WAKE_LOCK_METHOD);
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  129    }
                                                                  130
                                                                  131    @Override
Tor Norbye     ff37cc0  2018-03-09 07:56:23 -0800  [diff] [blame]  132    public void checkCall(
                                                                  133            @NonNull ClassContext context,
                                                                  134            @NonNull ClassNode classNode,
                                                                  135            @NonNull MethodNode method,
                                                                  136            @NonNull MethodInsnNode call) {
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  137        if (!context.getProject().getReportIssues()) {
                                                                  138            // If this is a library project not being analyzed, ignore it
                                                                  139            return;
                                                                  140        }
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  141
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  142        if (call.owner.equals(WAKELOCK_OWNER)) {
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  143            String name = call.name;
                                                                  144            if (name.equals(ACQUIRE_METHOD)) {
Tor Norbye     ff37cc0  2018-03-09 07:56:23 -0800  [diff] [blame]  145                if (call.desc.equals(
                                                                  146                        "(J)V")) { // acquire(long timeout) does not require a corresponding release
Tor Norbye     8158e64  2014-02-18 08:09:49 -0800  [diff] [blame]  147                    return;
                                                                  148                }
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  149                mHasAcquire = true;
                                                                  150
                                                                  151                if (context.getDriver().getPhase() == 2) {
                                                                  152                    assert !mHasRelease;
Tor Norbye     ff37cc0  2018-03-09 07:56:23 -0800  [diff] [blame]  153                    context.report(
                                                                  154                            ISSUE,
                                                                  155                            method,
                                                                  156                            call,
                                                                  157                            context.getLocation(call),
                                                                  158                            "Found a wakelock `acquire()` but no `release()` calls anywhere");
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  159                } else {
                                                                  160                    assert context.getDriver().getPhase() == 1;
                                                                  161                    // Perform flow analysis in this method to see if we're
                                                                  162                    // performing an acquire/release block, where there are code paths
                                                                  163                    // between the acquire and release which can result in the
                                                                  164                    // release call not getting reached.
                                                                  165                    checkFlow(context, classNode, method, call);
                                                                  166                }
                                                                  167            } else if (name.equals(RELEASE_METHOD)) {
                                                                  168                mHasRelease = true;
                                                                  169
Matthew Gharrity 32708cf 2020-07-18 14:14:40 -0700 [diff] [blame]  170                // See if the release is happening in an onDestroy method, in an activity.
                                                                  171                if ("onDestroy".equals(method.name)) {
                                                                  172                    PsiClass psiClass = context.findPsiClass(classNode);
                                                                  173                    PsiClass activityClass = context.findPsiClass(ANDROID_APP_ACTIVITY);
                                                                  174                    if (psiClass != null
                                                                  175                            && activityClass != null
                                                                  176                            && psiClass.isInheritor(activityClass, true)) {
                                                                  177                        context.report(
                                                                  178                                ISSUE,
                                                                  179                                method,
                                                                  180                                call,
                                                                  181                                context.getLocation(call),
                                                                  182                                "Wakelocks should be released in `onPause`, not `onDestroy`");
                                                                  183                    }
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  184                }
                                                                  185            }
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  186        } else if (call.owner.equals(POWER_MANAGER)) {
                                                                  187            if (call.name.equals(NEW_WAKE_LOCK_METHOD)) {
Tor Norbye     70257e6  2018-04-18 17:26:30 -0700  [diff] [blame]  188                AbstractInsnNode prev = Lint.getPrevInstruction(call);
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  189                if (prev == null) {
                                                                  190                    return;
                                                                  191                }
Tor Norbye     70257e6  2018-04-18 17:26:30 -0700  [diff] [blame]  192                prev = Lint.getPrevInstruction(prev);
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  193                if (prev == null || prev.getOpcode() != Opcodes.LDC) {
                                                                  194                    return;
                                                                  195                }
                                                                  196                LdcInsnNode ldc = (LdcInsnNode) prev;
                                                                  197                Object constant = ldc.cst;
                                                                  198                if (constant instanceof Integer) {
Tor Norbye     77e97b1  2017-08-18 10:57:01 -0700  [diff] [blame]  199                    int flag = (Integer) constant;
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  200                    // Constant values are copied into the bytecode so we have to compare
                                                                  201                    // values; however, that means the values are part of the API
                                                                  202                    final int PARTIAL_WAKE_LOCK = 0x00000001;
                                                                  203                    final int ACQUIRE_CAUSES_WAKEUP = 0x10000000;
                                                                  204                    final int both = PARTIAL_WAKE_LOCK | ACQUIRE_CAUSES_WAKEUP;
                                                                  205                    if ((flag & both) == both) {
Tor Norbye     ff37cc0  2018-03-09 07:56:23 -0800  [diff] [blame]  206                        context.report(
                                                                  207                                ISSUE,
                                                                  208                                method,
                                                                  209                                call,
                                                                  210                                context.getLocation(call),
Tor Norbye     8a365ef  2014-09-14 12:26:36 -0700  [diff] [blame]  211                                "Should not set both `PARTIAL_WAKE_LOCK` and `ACQUIRE_CAUSES_WAKEUP`. "
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  212                                        + "If you do not want the screen to turn on, get rid of "
Tor Norbye     2d252fc  2014-09-15 08:11:40 -0700  [diff] [blame]  213                                        + "`ACQUIRE_CAUSES_WAKEUP`");
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  214                    }
                                                                  215                }
Tor Norbye     0e717c7  2013-01-02 10:32:38 -0800  [diff] [blame]  216            }
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  217        }
                                                                  218    }
                                                                  219
Tor Norbye     ff37cc0  2018-03-09 07:56:23 -0800  [diff] [blame]  220    private static void checkFlow(
                                                                  221            @NonNull ClassContext context,
                                                                  222            @NonNull ClassNode classNode,
                                                                  223            @NonNull MethodNode method,
                                                                  224            @NonNull MethodInsnNode acquire) {
Tor Norbye     940b0f9  2012-12-12 15:52:52 -0800  [diff] [blame]  225        final InsnList instructions = method.instructions;
                                                                  226        MethodInsnNode release = null;
                                                                  227
                                                                  228        // Find release call
                                                                  229        for (int i = 0, n = instructions.size(); i < n; i++) {
                                                                  230            AbstractInsnNode instruction = instructions.get(i);
                                                                  231            int type = instruction.getType();
                                                                  232            if (type == AbstractInsnNode.METHOD_INSN) {
                                                                  233                MethodInsnNode call = (MethodInsnNode) instruction;
```

blame: lint/libs/lint-checks/src/main/java/com/android/tools/lint/checks/WakelockDetector.java - platform/tools/base - Git at Google

Case 6:22-cv-00119-ADA   Document 22-21   Filed 06/16/22   Page 4 of 5

```
234                    if (call.name.equals(RELEASE_METHOD) && call.owner.equals(WAKELOCK_OWNER)) {
235                        release = call;
236                        break;
237                    }
238                }
239            }
240
241            if (release == null) {
242                // Didn't find both acquire and release in this method; no point in doing
243                // local flow analysis
244                return;
245            }
246
247            try {
248                MyGraph graph = new MyGraph();
249                ControlFlowGraph.create(graph, classNode, method);
250
251                int status = dfs(graph.getNode(acquire));
252                if ((status & SEEN_RETURN) != 0) {
253                    String message;
254                    if ((status & SEEN_EXCEPTION) != 0) {
255                        message = "The `release()` call is not always reached (via exceptional flow)";
256                    } else {
257                        message = "The `release()` call is not always reached";
258                    }
259
260                    context.report(ISSUE, method, acquire, context.getLocation(release), message);
261                }
262            } catch (AnalyzerException e) {
263                context.log(e, null);
264            }
265        }
266
267        private static final int SEEN_TARGET = 1;
268        private static final int SEEN_BRANCH = 2;
269        private static final int SEEN_EXCEPTION = 4;
270        private static final int SEEN_RETURN = 8;
271
272        /** TODO RENAME */
273        private static class MyGraph extends ControlFlowGraph {
274            @Override
275            protected void add(@NonNull AbstractInsnNode from, @NonNull AbstractInsnNode to) {
276                if (from.getOpcode() == Opcodes.IFNULL) {
277                    JumpInsnNode jump = (JumpInsnNode) from;
278                    if (jump.label == to) {
279                        // Skip jump targets on null if it's surrounding the release call
280                        //
281                        //  if (lock != null) {
282                        //      lock.release();
283                        //  }
284                        //
285                        // The above shouldn't be considered a scenario where release() may not
286                        // be called.
287                        AbstractInsnNode next = Lint.getNextInstruction(from);
288                        if (next != null && next.getType() == AbstractInsnNode.VAR_INSN) {
289                            next = Lint.getNextInstruction(next);
290                            if (next != null && next.getType() == AbstractInsnNode.METHOD_INSN) {
291                                MethodInsnNode method = (MethodInsnNode) next;
292                                if (method.name.equals(RELEASE_METHOD)
293                                        && method.owner.equals(WAKELOCK_OWNER)) {
294                                    // This isn't entirely correct; this will also trigger
295                                    // for "if (lock == null) { lock.release(); }" but that's
296                                    // not likely (and caught by other null checking in tools)
297                                    return;
298                                }
299                            }
300                        }
301                    }
302                } else if (from.getOpcode() == Opcodes.IFEQ) {
303                    JumpInsnNode jump = (JumpInsnNode) from;
304                    if (jump.label == to) {
305                        AbstractInsnNode prev = Lint.getPrevInstruction(from);
306                        if (prev != null && prev.getType() == AbstractInsnNode.METHOD_INSN) {
307                            MethodInsnNode method = (MethodInsnNode) prev;
308                            if (method.name.equals(IS_HELD_METHOD)
309                                    && method.owner.equals(WAKELOCK_OWNER)) {
310                                AbstractInsnNode next = Lint.getNextInstruction(from);
311                                if (next != null) {
312                                    super.add(from, next);
313                                    return;
314                                }
315                            }
316                        }
317                    }
318                }
319
320                super.add(from, to);
321            }
322        }
323
324        /**
325         * Search from the given node towards the target; return false if we reach an exit point such as
326         * a return or a call on the way there that is not within a try/catch clause.
327         *
328         * @param node the current node
329         * @return true if the target was reached XXX RETURN VALUES ARE WRONG AS OF RIGHT NOW
330         */
331        protected static int dfs(ControlFlowGraph.Node node) {
332            AbstractInsnNode instruction = node.instruction;
333            if (instruction.getType() == AbstractInsnNode.JUMP_INSN) {
334                int opcode = instruction.getOpcode();
335                if (opcode == Opcodes.RETURN
336                        || opcode == Opcodes.ARETURN
337                        || opcode == Opcodes.LRETURN
338                        || opcode == Opcodes.IRETURN
339                        || opcode == Opcodes.DRETURN
340                        || opcode == Opcodes.FRETURN
341                        || opcode == Opcodes.ATHROW) {
342                    return SEEN_RETURN;
343                }
344            }
345
346            // There are no cycles, so no *NEED* for this, though it does avoid
347            // researching shared labels. However, it makes debugging harder (no re-entry)
348            // so this is only done when debugging is off
349            if (node.visit != 0) {
350                return 0;
351            }
352            node.visit = 1;
353
354            // Look for the target. This is any method call node which is a release on the
355            // lock (later also check it's the same instance, though that's harder).
356            // This is because finally blocks tend to be inlined so from a single try/catch/finally
```

```java
            // with a release() in the finally, the bytecode can contain multiple repeated
            // (inlined) release() calls.
            if (instruction.getType() == AbstractInsnNode.METHOD_INSN) {
                MethodInsnNode method = (MethodInsnNode) instruction;
                if (method.name.equals(RELEASE_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
                    return SEEN_TARGET;
                } else if (method.name.equals(ACQUIRE_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
                    // OK
                } else if (method.name.equals(IS_HELD_METHOD) && method.owner.equals(WAKELOCK_OWNER)) {
                    // OK
                } else {
                    // Some non acquire/release method call: if this is not associated with a
                    // try-catch block, it would mean the exception would exit the method,
                    // which would be an error
                    if (node.exceptions.isEmpty()) {
                        // Look up the corresponding frame, if any
                        AbstractInsnNode curr = method.getPrevious();
                        boolean foundFrame = false;
                        while (curr != null) {
                            if (curr.getType() == AbstractInsnNode.FRAME) {
                                foundFrame = true;
                                break;
                            }

                            curr = curr.getPrevious();
                        }

                        if (!foundFrame) {
                            return SEEN_RETURN;
                        }
                    }
                }
            }

            // if (node.instruction is a call, and the call is not caught by
            // a try/catch block (provided the release is not inside the try/catch block)
            // then return false
            int status = 0;

            boolean implicitReturn = true;
            List<Node> successors = node.successors;
            List<Node> exceptions = node.exceptions;
            if (!exceptions.isEmpty()) {
                implicitReturn = false;
            }
            for (Node successor : exceptions) {
                status = dfs(successor) | status;
                if ((status & SEEN_RETURN) != 0) {
                    return status;
                }
            }

            if (status != 0) {
                status |= SEEN_EXCEPTION;
            }

            if (!successors.isEmpty()) {
                implicitReturn = false;
                if (successors.size() > 1) {
                    status |= SEEN_BRANCH;
                }
            }
            for (Node successor : successors) {
                status = dfs(successor) | status;
                if ((status & SEEN_RETURN) != 0) {
                    return status;
                }
            }

            if (implicitReturn) {
                status |= SEEN_RETURN;
            }

            return status;
        }

        // Check for the non-timeout version of wakelock acquire

        @Nullable
        @Override
        public List<String> getApplicableMethodNames() {
            return Collections.singletonList("acquire");
        }

        @Override
        public void visitMethodCall(
                @NonNull JavaContext context,
                @NonNull UCallExpression call,
                @NonNull PsiMethod method) {
            if (call.getValueArgumentCount() > 0) {
                return;
            }

            if (!context.getEvaluator().isMemberInClass(method, "android.os.PowerManager.WakeLock")) {
                return;
            }

            Location location = context.getLocation(call);
            LintFix fix =
                    fix().name("Set timeout to 10 minutes")
                            .replace()
                            .pattern("acquire\\s*\\(()\\s*\\)")
                            .with("10*60*1000L /*10 minutes*/")
                            .build();
            context.report(
                    TIMEOUT,
                    call,
                    location,
                    ""
                            + "Provide a timeout when requesting a wakelock with "
                            + "`PowerManager.Wakelock.acquire(long timeout)`. This will ensure the OS will "
                            + "cleanup any wakelocks that last longer than you intend, and will save your "
                            + "user's battery.",
                    fix);
        }
    }
}
```