# EXHIBIT S

Petr Makagon | LinkedIn

 
  


# Petr Makagon

Software Architect

-  [Genesys Telecommunications Laboratories](#)
-  Moscow Institute of Electronics and Mathematics (Technical University)

San Francisco, California, United States · **Contact info**

Connect    🔒 Message    More

## Activity

0 followers

### Petr hasn't posted lately

Petr's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Development manager**
Genesys Telecommunications Laboratories
Aug 1997 - Present · 24 yrs 11 mos

 **Development manager**
Genesys
Aug 1997 - Present · 24 yrs 11 mos

Petr Makagon | LinkedIn

    

Home     My Network     Jobs

 **Moscow Institute of Electronics and Mathematics (Technical University)**

MS, Computer Science, Applied Math

1988 - 1994

## Interests

**Companies**     Schools

 **Moscow Institute of Electronics and Mathematics (Technical University)**

5,748 followers

https://www.linkedin.com/in/makagon/