# EXHIBIT T

Nikolay Anisimov | LinkedIn

   Home  My Network  Jobs  Messaging  Notifications  Me



### Nikolay Anisimov · 3rd

Knowledge Graph Engineer - Senior Data Management Analyst at Wells Fargo Data Management & Insights

-  Wells Fargo Data Management & Insights
- Moscow Institute of Physics and Technology (State University) (MIPT)

Concord, California, United States · **Contact info**

**437** connections

[ Message ]  [ More ]

## About

Solution-driven Software Architect with over 20 years experience in the contact center software industry. Solid academic research background. Main strengths are in the development and application of new technologies to design and implement complex software systems. Strong analytical and problem solving skills a  …see more

## Activity
438 followers

**Nikolay hasn't posted lately**
Nikolay's recent posts and comments will be displayed here.

Show all activity →

## Experience


**Knowledge Graph Engineer - Strategy Consultant at Wells Fargo, Data Management & Insights**
 Wells Fargo Data Management & Insights · Full-time
Jul 2020 - Present · 2 yrs
San Francisco, California, United States


**Knowledge Graph Engineer - Strategy Consultant**
Wells Fargo, Innovation Group · Full-time
Oct 2017 - Present · 4 yrs 9 mos
San Francisco, CA

https://www.linkedin.com/in/nikolayanisimov/

Nikolay Anisimov | LinkedIn

      

Home · My Network · Jobs · Messaging · Notifications · Me

**Consultant**
Consulting
Sep 2015 - Present · 6 yrs 10 mos

Advanced technologies in contact centers, interaction management, routing, outbound dialing, application NLP and machine learning for Aspect



**Director of Research**
Bright Pattern, Inc.
Jul 2014 - Sep 2015 · 1 yr 3 mos
San Bruno, CA

Research in contact center technologies including outbound dialing, natural language processing and machine learning, multimedia channels. In charge

**Software Architect**
Five9 Inc.
Jul 2010 - Jun 2014 · 4 yrs
San Ramon, CA, USA

• Architecture of contact center in computing cloud
• Architecture of multimedia contact centers

Show all 8 experiences →

## Education



**Moscow Institute of Physics and Technology (State University) (MIPT)**
Ph.D, Computer Science
1983 - 1986

School of Applied Mathematics
Moscow Institute of Physics and Technology



**Moscow Institute of Physics and Technology (State University) (MIPT)**
M.Sc, Computer Science
1974 - 1980

School of Radio Engineering,
Moscow Institute of Physics and Technology

## Licenses & certifications

**Neo4j Graph Algorithms for Data Science**
Neo4j
Issued Jun 2020 · No Expiration Date



**Machine Learning Specialization**
Coursera Course Certificates
Issued Feb 2017 · No Expiration Date
Credential ID U4T226H9S63P

Show credential ↗

https://www.linkedin.com/in/nikolayanisimov/

      
Credential ID 3TVDTS35VMNY

Show credential

Show all 7 licenses & certifications →

## Skills

**Distributed Systems**

 Endorsed by 3 colleagues at Bright Pattern

 25 endorsements

**Software Development**

Endorsed by Gildas Lanilis and 3 others who are highly skilled at this

 Endorsed by 3 colleagues at Bright Pattern

25 endorsements

**SaaS**

24 endorsements

Show all 50 skills →

## Recommendations

**Received**    Given


**Oleg Kislyuk**
Software Engineer at Google
September 7, 2009, Oleg worked with Nikolay on the same team

I know Nikolay for many years. We worked together in Gnesys. Nikolay has an outstanding combination of skills of researcher and software developer. But besides that he has a skills of very deep and effective analysis of most critical problems of software product from both customer and development


**Sergey Belov**
Principal Software Engineer at Genesys Telecommunications Laboratories Inc.
September 1, 2009, Sergey worked with Nikolay but on different teams

I worked with Nikolay Anisimov in Institute for Automation and Control Processes of the Russian Academy of Sciences more than 20 years. There he made a successful scientific career starting from young researcher and became a head of laboratory. He holds a highest Russian scientific degree –


**Brian Galvin** · 3rd
Patent Agent, Litigation Consultant, and IP Strategic Advisor
August 30, 2009, Brian managed Nikolay directly

Nikolay is a close colleague of mine and a gifted mathematician and

Nikolay Anisimov | LinkedIn

      

## Publications

### Modeling and Simulation of a Pacing Engine for Proactive Campaigns in Contact Center Environment

ACM Press, Proceedings of the 2008 ACM Spring Simulation Multiconference (SpringSim'08). 2008 Business and Industry Symposium (BIS'08). · Apr 14, 2008

Show publication

Proactive contact campaigns play a growing role in modern contact centers. Their traditional usage as a telemarketing tool now is widely extended to different types of

Other authors



### XML-Based Multimodal Interaction Framework for Contact Center Applications

ACM Press, Proceedeings of the 16th International World Wide Web Conference (WWW 2007), Banff, Alberta, Canada · May 8, 2007

Show publication

In this paper, we consider a way to represent contact center applications as a set of multiple XML documents written in different markups including VoiceXML and

Other authors



### Formal Model, Language and Tool for Design Agent's Scenarios in Call Center Systems.

In: Proceedings of the 32nd Hawaii International Conference on System Sciences (HICSS-99), (Hawaii, USA, January 4-8, 1999). Volume: Track 8, IEEE Computer Press. ISBN: 0-7695-0001-3, 9 pp. · Jan 1, 1999

Show publication

During the last few years there continues to be remarkable growth in telephone call-center systems. There are many applications of call-centers in different areas of

Other authors



Show all 4 publications →

## Patents

### System and methods for outbound dialing in multi-campaign and blended environment of virtual contact center

US 8,699,699 · Issued Apr 15, 2014

   Nikolay Anisimov | LinkedIn   Home   My Network   Jobs   Messaging   Notifications  Me

A method for determining a number of calls to generate for a specific outbound campaign in an automated contact center based upon a prediction of agent

**Other inventors**



**Method and system for integrating an interaction management system with a business rules management system**
US 8,654,963 · Issued Feb 18, 2014

See patent

In a contact center, a system for processing communication events has an interaction server for managing events waiting to be routed, a routing server for

**Other inventors**



**System and method for optimal outbound dialing in virtual contact center**
US 8,582,752 · Issued Nov 12, 2013

See patent

A method for determining a number of calls to generate in an automated contact center based upon a prediction of agent occupancy in a future time period. The

**Other inventors**



Show all 11 patents →

## Projects

**Simple Inbound Workforce Calculator for Contact Centers in Cloud**
Sep 2014 - Present

Associated with Bright Pattern, Inc.

Show project ↗

The WFM Calculator evaluates the number of agents needed to handle customer calls in an inbound call center. The key advantage of the calculator is accounting for

**Erlang-A simulation model**
Sep 2009 - Dec 2009

Associated with Genesys Labs (Alcatel-Lucent company)

Show project ↗

I present a visual simulation model of Erlang A. The model describes a basic process and could be served as starting point for more sophisticated call center models such

