# EXHIBIT U

# Assignment abstract of title for Application 12894692

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Automated Call Center Software Build Generator<br>Petr Makagon, Andriy Ryabchun, Nikolay Anisimov | 9128802<br>Sep 8, 2015 | 20120084751<br>Apr 5, 2012 | 12894692<br>Sep 30, 2010 | | |

## Assignments (8 total)

### Assignment 8

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041821/0209 | Feb 23, 2017 | Feb 27, 2017 | 375 | 44 |

**Conveyance**
CORRECTIVE RELEASE FOR SECURITY INTEREST IN PATENTS ORIGINALLY RECORDED AT REEL/FRAME (029778/0939)

| Assignors | Correspondent |
|---|---|
| JPMORGAN CHASE BANK, N.A., AS SUCCESSOR TO THE ORIGINAL COLLATERAL AGENT GOLDMAN SACHS BANK USA | MARCELA ROBLEDO<br>2475 HANOVER STREET<br>PALO ALTO, CA 94304 |

**Assignee**
GENESYS TELECOMMUNICATIONS LABORATORIES, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

ANGEL.COM INCORPORATED
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

UTOPY, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

SOUNDBITE COMMUNICATIONS, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

### Assignment 7

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040815/0001 | Dec 1, 2016 | Dec 5, 2016 | 817 | 165 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC., AS GRANTOR<br>ECHOPASS CORPORATION<br>INTERACTIVE INTELLIGENCE GROUP, INC.<br>BAY BRIDGE DECISION TECHNOLOGIES, INC. | MICHAEL VIOLET<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43219 |

Assignee
BANK OF AMERICA, N.A., AS COLLATERAL AGENT
101 N. TRYON STREET
MC: NC1-001-05-45
CHARLOTTE, NORTH CAROLINA 28255

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 040798/0428 | Dec 1, 2016 | Dec 2, 2016 | 450 | 82 |

Conveyance
PATENT RELEASE (REEL:031644/FRAME:0814)

| Assignors | Correspondent |
|---|---|
| JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT | MICHAEL VIOLET<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43219 |

Assignee
GENESYS TELECOMMUNICATIONS LABORATORIES, INC., AS GRANTOR
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

ANGEL.COM INCORPORATED
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

UTOPY, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

SOUNDBITE COMMUNICATIONS, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 031644/0814 | Nov 13, 2013 | Nov 15, 2013 | 450 | 85 |

Conveyance
SECURITY AGREEMENT

| Assignors | Correspondent |
|---|---|
| GENESYS TELECOMMUNICATIONS LABORATORIES, INC.<br>ANGEL.COM INCORPORATED<br>UTOPY, INC.<br>SOUNDBITE COMMUNICATIONS, INC. | ELAINE CARRERA, LEGAL ASSISTANT<br>C/O CAHILL GORDON & REINDEL LLP<br>80 PINE STREET<br>NEW YORK, NY 10005 |

Assignee
JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT
500 STANTON CHRISTIANA ROAD., FLOOR 3, OPS 2
NEWARK, DELAWARE 19713-2107

## Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029778/0060 | Feb 8, 2013 | Feb 8, 2013 | 329 | 57 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
GOLDMAN SACHS LENDING PARTNERS LLC

Correspondent
NATHANIEL T. BROWAND
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA, 47TH FLOOR
NEW YORK, NY 10005-1413

Assignee
GENESYS TELECOMMUNICATIONS LABORATORIES, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94014

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029778/0939 | Feb 8, 2013 | Feb 8, 2013 | 375 | 48 |

Conveyance
SECURITY AGREEMENT

Assignors
GENESYS TELECOMMUNICATIONS LABORATORIES, INC.

Correspondent
MILBANK, TWEED, HADLEY & MCCLOY LLP
ONE CHASE MANHATTAN PLAZA
ATTN: NATHANIEL T. BROWAND
NEW YORK, NY 10005

Assignee
GOLDMAN SACHS BANK USA
200 WEST STREET
NEW YORK, NEW YORK 10282

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 027623/0096 | Jan 31, 2012 | Jan 31, 2012 | 329 | 59 |

Conveyance
SECURITY AGREEMENT

Assignors
GENESYS TELECOMMUNICATIONS LABORATORIES, INC.

Correspondent
MILBANK, TWEED, HADLEY & MCCLOY LLP
ONE CHASE MANHATTAN PLAZA
ATTN: NATHANIEL T. BROWAND
NEW YORK, NY 10005

Assignee
GOLDMAN SACHS LENDING PARTNERS LLC
200 WEST STREET
NEW YORK, NEW YORK 10282

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 025724/0810 | Aug 5, 2010 | Feb 1, 2011 | 1 | 6 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAKAGON, PETR
RYABCHUN, ANDRIY
ANISIMOV, NIKOLAY

Correspondent
CENTRAL COAST PATENT AGENCY, INC.
3 HANGAR WAY
SUITE D
WATSONVILLE, CA 95076

Assignee
GENESYS TELECOMMUNICATIONS LABORATORIES, INC.
2001 JUNIPERO SERRA BLVD.
DALY CITY, CALIFORNIA 94010