# EXHIBIT V

Contact Us | Genesys





This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Accept

Manage Settings   Privacy Policy

Contact Us | Genesys

 Request a demo

 Try for free

 Design your solution

Request a quote



## Headquarters

Call a representative Monday-Friday, 8 a.m.-6 p.m. Pacific.

2001 Junipero Serra Blvd. Daly City, CA 94014
US: 888-GENESYS (436-3797)
International: +1 650 466-1100
Fax: +1 650 466-1260

See all our locations

## Contact sales at

📞 1.888.GENESYS



+1 877-483-0916

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

 Accept

Manage Settings   Privacy Policy

Contact Us | Genesys

Support
Select Region
Site Map
Blog

Genesys
Multicloud CX
Genesys DX

Leadership
Community
Careers
Legal

     

Every year, Genesys® orchestrates billions of remarkable customer experiences for organizations in more than 100 countries. Through the power of our cloud, digital and AI technologies, organizations can realize Experience as a Service℠, our vision for empathetic customer experiences at scale. With Genesys, organizations have the power to deliver proactive, predictive, and hyper personalized experiences to deepen their customer connection across every marketing, sales, and service moment on any channel, while also improving employee productivity and engagement. By transforming back-office technology to a modern revenue velocity engine Genesys enables true intimacy at scale to foster customer trust and loyalty.

Copyright © 2022 Genesys. All rights reserved. | Terms of Use | Privacy Policy | Email Subscription | Cookie Preferences

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Accept

Manage Settings  Privacy Policy