# EXHIBIT AA

Satish Chandra | LinkedIn

 

 Home  My Network  Jobs



# Satish Chandra · 3rd

Machine Learning for Developer Productivity at Facebook

- Meta
- University of Wisconsin-Madison

San Francisco Bay Area · **Contact info**

**500+** connections

🔒 Message    More

## About

I am a researcher in software systems area. My research goal is to make it easier for software professionals to create correct, secure and efficient software. My research interests include static and dynamic analysis, software verification, type systems, domain-specific languages, program synthesis, computer-assisted debug  …see more

## Featured



| Link | Link | Link |

  

❯

Satish Chandra | LinkedIn

   Home  My Network  Jobs

Facebook has built a tool called Getafix that automatically finds fixes for bugs and offers them to engineers to approve. This allows engineers to work more effectively, and it promotes bett…

In one year, predictive test selection has allowed Facebook to double the efficiency of our testing infrastructure and catch 99.9 percent of regressions.

We've d that ap process retrieva source

## Activity
709 followers

**Satish Chandra** commented on a post • 2mo

Congrats Sumit Gulwani !

👍❤️ 9  2 comments

Show all activity →

## Experience


**Software Engineer**
Meta · Full-time
Nov 2016 - Present · 5 yrs 8 mos
San Francisco Bay Area

I lead projects that use machine learning based methods to improve developer productivity at Facebook. These projects include code search and


**Lecturer**
Stanford University
Jan 2017 - Present · 5 yrs 6 mos
United States

Instructor for CS 295, Software Engineering
Instructor for CS 143, Compilers


**Senior Principal Engineer and Senior Director, Advanced Programming Tools**
Samsung Electronics
Oct 2013 - Sep 2016 · 3 yrs
Mountain View, California

- Conduct research in many topics including static analysis, type systems, testing and debugging, applied to mobile platforms.

https://www.linkedin.com/in/satish-chandra-953a422/

Satish Chandra | LinkedIn

    

Home   My Network   Jobs

Sep 2002 - Sep 2013 · 11 yrs 1 mo
Greater New York City Area

- Conducted foundational research in static analysis, software testing, and related topics.

 **Member of Technical Staff, Software Productivity Research**
Bell Laboratories
Oct 1997 - Aug 2002 · 4 yrs 11 mos

- Developed new algorithms in C static analysis, including pointer analysis and type checking.

Show all 6 experiences →

## Education

 **University of Wisconsin-Madison**
PhD, Computer Science
1991 - 1997

Supervised by James R. Larus.

 **Indian Institute of Technology, Kanpur**
B. Tech, Computer Science and Engineering
1987 - 1991

Activities and societies: Hindi Literary Society

## Volunteering

 **Co-instructor**
Indian Institute of Science
Aug 2011 - Dec 2011 · 5 mos
Education

Taught a graduate class on "Topics in Verification" with Prof Aditya Kanade

## Skills

**Software Engineering**

  Satish Chandra | LinkedIn   

Home | My Network | Jobs

### Computer Science

 Endorsed by Zhendong Su and 4 others who are highly skilled at this

 Endorsed by 2 colleagues at Samsung Electronics

 18 endorsements

### Algorithms

 Endorsed by Eran Yahav and 3 others who are highly skilled at this

 Endorsed by 6 colleagues at IBM

18 endorsements 11 endorsements

Show all 20 skills →

## Publications

**Formula-Based Software Debugging**
Communications of the ACM · Jul 1, 2016

Show publication ⧉

**Other authors**

**Lessons from the tech transfer trenches**
Communications of the ACM · Feb 1, 2016

Show publication ⧉

**Other authors**



**Link to full list of publications (DBLP)**

Show publication ⧉

Satish Chandra | LinkedIn

    

Home  My Network  Jobs

IN 9075918 · Issued Jul 7, 2015

The current state-of-the-art web testing tools attempt to address the problem of highly dynamic content in different ways, but fall short of being effective. Some of

**Static code analysis**
USPTO · Issued Aug 12, 2014

See patent

Techniques for static code analysis are provided. The techniques include routing a code analysis request to a set of one or more static code analysis tools based on a

## Honors & awards

**ACM Distinguished Paper**
Issued by ACM · Oct 2019

∞  Associated with Meta

Awarded at OOPSLA 2019, for our paper "Aroma: Code Recommendation via Structural Code Search"

**Outstanding Technical Achievement Award**
Issued by IBM · Jan 2013

IBM  Associated with IBM Research

**Senior Technical Staff Member**
Issued by IBM · Jan 2012

IBM  Associated with IBM Research

Show all 9 honors & awards →

## Languages

**English**
Native or bilingual proficiency

**Hindi**

     Home    My Network    Jobs

## Organizations

**IFIP WG 2.4**
Jan 2009 - Present

**Association for Computing Machinery**
Distinguished Member · Jan 1993 - Present

## Interests

**Companies**   *Groups*   *Schools*

 **Meta**
8,644,095 followers

 **University of Wisconsin-Madison**
406,403 followers

Show all 9 companies →

## Causes

Education