# EXHIBIT DD

Fangqi Sun | LinkedIn

         

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾



### Fangqi Sun · 3rd
Software Engineer at Google

- Google
- University of California, Davis

Fremont, California, United States · **Contact info**

**323** connections

🔒 Message | More

## About
Interested in software engineering and web application security.

Specialties:
* Security analysis of web applications        ...see more

## Activity
336 followers

**Fangqi hasn't posted lately**
Fangqi's recent posts and comments will be displayed here.

Show all activity →

## Experience


**Google**
8 yrs

- **Senior Software Engineer**
  May 2017 - Present · 5 yrs 2 mos
  Sunnyvale

  I'm still on the Safe Browsing team.

- **Software Engineer**
  Jul 2014 - May 2017 · 2 yrs 11 mos
  Mountain View, CA

  I joined Safe Browsing team.


**Graduate Student Researcher**
UC Davis
Sep 2007 - Feb 2014 · 6 yrs 6 mos

https://www.linkedin.com/in/fangqi-sun-7ba41016/

        
Home  My Network  Jobs  Messaging  Notifications  Me   Work

**E-commerce software vulnerable to hackers**
A popular open-source software for e-commerce is vulnerable to being cheated, computer security…


**Research Intern**
Fujitsu Laboratories of America, Inc.
Nov 2009 - Mar 2010 · 5 mos

Patent: Methods and Systems For Test Automation of Forms in Web Applications

## Education


**University of California, Davis**
PhD, computer science
2007 - 2013

Dissertation: Program Analyses of Web Applications for Detecting Application-Specific Vulnerabilities.


**Wuhan University**
Master of Engineering (MEng), Information Security
2005 - 2007

Thesis: A Group-Trust Model based on Peer Groups in Peer-to-Peer Networks.


**Wuhan University**
Bachelor of Engineering (BEng), Computer Science and Technology
2001 - 2005

## Skills

**C++**

**C**

**OCaml**

Show all 17 skills →

## Recommendations

**Received**  **Given**

**Nothing to see for now**
Recommendations that Fangqi receives will appear here.

## Projects

**Calligraphr**
Jun 2014 - Present

Show project ⧉

Calligraphr is a Google Glass Hackathon project that won us the first prize.

