# EXHIBIT EE

**WIKIPEDIA**

# Coverity

Coverity is a proprietary static code analysis tool from Synopsys. This product enables engineers and security teams to find and fix software defects.

Coverity started as an independent software company in 2002 at the Computer Systems Laboratory at Stanford University in Palo Alto, California. It was founded by Benjamin Chelf, Andy Chou, and Seth Hallem with Stanford professor Dawson Engler as a technical adviser. The headquarters was moved to San Francisco. In June 2008, Coverity acquired Solidware Technologies.[1] In February 2014, Coverity announced an agreement to be acquired by Synopsys, an electronic design automation company, for $350 million net of cash on hand.[2]

## Products

Coverity is a static code analysis tool for C, C++, C#, Java, JavaScript, PHP, Python, .NET, ASP.NET, Objective-C, Go, JSP, Ruby, Swift, Fortran, Scala, VB.NET, iOS, and Typescript. It also supports more than 70 different frameworks for Java, JavaScript, C# and other languages.[3]

**Coverity Scan** is a free static-analysis cloud-based service for the open source community.

## Applications

Under a United States Department of Homeland Security contract in 2006, the tool was used to examine over 150 open source applications for bugs; 6000 bugs found by the scan were fixed across 53 projects.[4]

National Highway Traffic Safety Administration used the tool in its 2010-2011 investigation into reports of sudden unintended acceleration in Toyota vehicles.[5][6] The tool was used by CERN on the software employed in the Large Hadron Collider[7][8] and in the NASA Jet Propulsion Laboratory during the flight software development of the Mars rover *Curiosity*.[9]



**Coverity, Inc. - A Synopsys Company**

| | |
|---|---|
| Type | Public |
| Industry | Security testing, static program analysis, software development |
| Founded | November 2002 |
| Fate | Acquired by Synopsys in 2014 |
| Headquarters | formerly San Francisco, California |
| Key people | Jason Schmitt (current GM) |
| Products | Coverity Code Advisor, Coverity Code Advisor on Demand, Coverity Scan, Coverity Test Advisor, Seeker |
| Number of employees | 250+ |
| Parent | Synopsys, Inc. |
| Website | synopsys.com/software-integrity.html (http://synopsys.com/software-integrity.html) |

## References

1. Krill, Paul (2008-06-30). "Coverity buys Solidware to boost code analysis" (https://web.archive.org/web/20081010164925/http://www.infoworld.com/article/08/06/30/Coverity-buys-Solidware-to-boos

t-code-analysis_1.html). Infoworld.com. Archived from the original (http://infoworld.com/article/08/06/30/Coverity-buys-Solidware-to-boost-code-analysis_1.html) on 2008-10-10. Retrieved 2011-01-29.

2. "Synopsys Enters Software Quality and Security Market with Coverity Acquisition" (http://www.prnewswire.com/news-releases/synopsys-enters-software-quality-and-security-market-with-coverity-acquisition-246221391.html). PR Newswire. 2014-02-19. Retrieved 2014-02-20.

3. "Coverity Static Analysis Data Sheet" (https://www.synopsys.com/content/dam/synopsys/sig-assets/datasheets/SAST-Coverity-datasheet.pdf) (PDF). *Synopsys.com*. Retrieved 2019-07-15.

4. ["Archived copy" (https://web.archive.org/web/20090614061139/http://www.zdnetasia.com/news/security/0%2C39044215%2C39315781%2C00.htm). Archived from the original (http://www.zdnetasia.com/news/security/0,39044215,39315781,00.htm) on June 14, 2009. Retrieved May 4, 2006."LAMP lights the way in open-source security"] – ZDNet

5. "U.S. Used Key Tools to Examine Toyota Acceleration-Related Software" (http://www.softwaremag.com/content/ContentCT.asp?P=3169) Archived (https://web.archive.org/web/20130526101953/http://www.softwaremag.com/content/ContentCT.asp?P=3169) 2013-05-26 at the Wayback Machine

6. "Technical Support to the National Highway Traffic Safety Administration on the Reported Toyota Motor Corporation Unintended Acceleration Investigation" (https://www.nhtsa.gov/staticfiles/nvs/pdf/NASA-UA_report.pdf)

7. "CERN Chooses Coverity to Ensure Accuracy of Large Hadron Collider Software" (http://www.coverity.com/company/press-releases/read/cern-chooses-coverity-to-ensure-accuracy-of-large-hadron-collider-software-html)

8. "Improving Scientific Research: CERN and Coverity Static Analysis" (https://www.youtube.com/watch?v=0g477Mhif0k)

9. "Coverity: Mars Rover Curiosity's 'Space Doctors' On Bug Hunting In Space" (http://www.huffingtonpost.co.uk/2012/09/27/curiositys-doctors-mars-rover-coverity_n_1919115.html)

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Coverity&oldid=1069940199"

---

This page was last edited on 4 February 2022, at 21:21 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.