# EXHIBIT FF

# Coverity Scan: Mesa

| | |
|---|---|
| **Project Name** | Mesa |
| **Lines of code analyzed** | 4,456,637 |
| **On Coverity Scan since** | Mar 21, 2012 |
| **Last build analyzed** | 4 days ago |
| **Language** | C/C++ |
| **Repository URL** | git://anongit.freedesktop.org/mesa/mesa (git://anongit.freedesktop.org/mesa/mesa) |
| **Homepage URL** | http://www.mesa3d.org (http://www.mesa3d.org) |
| **License** | MIT (MIT license ) |

Want to view defects or help fix defects?

 Add me to project (/memberships/new?project_id=mesa)

## Analysis Metrics

Version: 22.2.0-devel

| Jun 05, 2022 | 4,456,637 | 0.43 |
|---|---|---|
| Last Analyzed | Lines of Code Analyzed | Defect Density |

### Defect changes since previous build dated May 22, 2022

| 16 | 16 |
|---|---|
| Newly detected | Eliminated |

### Defects by status for current build

| 6,641 | 1,919 | 4,582 |
|---|---|---|
| Total defects | Outstanding | Fixed |

**See how defect density for 'Mesa' compares with defect density for other open source projects.   Learn more**

**Note:** Defect density is measured by the number of defects per 1,000 lines of code.

# Analysis Metrics per Components

| Component Name | Pattern | Ignore | Line of Code | Defect density |
|---:|---:|---|---:|---:|
| Main | .*/mesa/main/.* | No | 145,569 | 0.28 |
| Gallium-Nouveau | .*/gallium/.*/nouveau/.* | No | 55,814 | 0.61 |
| DRI-Nouveau | .*/mesa/drivers/.*/nouveau/.* | No | 0 | N/A |
| nir | .*/src/compiler/nir/.* | No | 937,200 | 0.06 |
| rbug | .*/src/gallium/.*/rbug/.* | No | 2,360 | 20.34 |
| amd | .*(/amd/\|/amdgpu/\|radeon\|r200\|r300\|r600).* | No | 478,612 | 0.66 |
| broadcom | .*(/broadcom/\|/vc4/\|/v3d/).* | No | 109,213 | 0.36 |
| panfrost | .*(/panfrost/\|/lima/).* | No | 192,226 | 0.38 |
| etnaviv | .*/etnaviv/.* | No | 18,039 | 1.05 |
| zink | .*/zink/.* | No | 33,140 | 0.91 |
| virgl | .*/virgl/.* | No | 9,000 | 0.33 |
| swr | .*/swr/.* | No | 0 | N/A |
| svga | .*/svga/.* | No | 54,917 | 0.67 |
| softpipe | .*/softpipe/.* | No | 11,838 | 2.03 |
| llvmpipe | .*/llvmpipe/.* | No | 27,528 | 0.87 |
| glsl | .*/compiler/glsl/.* | No | 86,857 | 0.47 |
| spirv | .*/compiler/spirv/.* | No | 18,310 | 0.44 |
| Other | .* | No | 2,281,544 | 0.49 |

# CWE Top 25 defects

| ID | CWE-Name | Number of Defects |
|---:|---|---:|
| 120 (http://cwe.mitre.org/top25/#CWE-120) | Buffer Copy without Checking Size of Input ('Classic Buffer Overflow') | 11 |
| 190 (http://cwe.mitre.org/top25/#CWE-190) | Integer Overflow or Wraparound | 58 |

Coverity Scan - Static Analysis

| ID | CWE-Name | Number of Defects |
|---|---|---|
| 676 (http://cwe.mitre.org/top25/#CWE-676) | Use of Potentially Dangerous Function | 15 |

**Outstanding Defect per Component**

**Outstanding vs Fixed defects over period of time**











**Defect Density over period of time**

**High impact Outstanding Defect per Category**

**Medium impact Outstanding Defect per Category**

# About Coverity Scan Static Analysis

## Find and fix defects in your C/C++, Java, JavaScript or C# open source project for *free*.

Coverity Scan tests every line of code and potential execution path. The root cause of each defect is clearly explained, making it easy to fix bugs.

Would you like to view the project defects, or help improve its quality by fixing defects?

Add me to project (/memberships/new?project_id=mesa)

Coverity Scan - Static Analysis

ABOUT SYNOPSYS (HTTPS://WWW.SYNOPSYS.COM/SOFTWARE-INTEGRITY.HTML)

Application Security Testing (https://www.synopsys.com/software-integrity/security-testing.html)
Software Security Services (https://www.synopsys.com/software-integrity/software-security-services.html)
Program Development (https://www.synopsys.com/software-integrity/software-security-strategy.html)
Training (https://www.synopsys.com/software-integrity/training.html)

COMMUNITIES AND RESOURCES

StackOverflow (http://stackoverflow.com/search?q=scan+coverity)
Resource Library (https://resources.synopsys.com)
Community (https://community.synopsys.com/s)

Twitter (http://twitter.com/CoverityScan)

© Synopsys, Inc. | Policy Statement (/policy) | Contact (/contact)

(https://www.synopsys.com/software-integrity.html)

© Synopsys, Inc.

https://scan.coverity.com/projects/mesa