# EXHIBIT GG

Synopsys Office Locations

**SYNOPSYS**® (https://www.synopsys.com)

0    0    0

Home (/)   /   About Us (/company.html)
/   Contact Us (/company/contact-synopsys.html)
/   Countries/Regions (/company/contact-synopsys/office-locations.html)

# Countries/Regions

Americas (/company/contact-synopsys/office-locations.html#americas)  |  Europe and Middle East (/company/contact-synopsys/office-locations.html#europe)  |  Asia Pacific (/company/contact-synopsys/office-locations.html#asia)  |  Japan (/company/contact-synopsys/office-locations.html#japan)

## Worldwide Headquarters

**Synopsys Inc.**

690 East Middlefield Road (https://www.synopsys.com/company/contact-synopsys.html)

Mountain View, CA 94043

Tel: 650-584-5000

Toll free: 800-541-7737

## Americas

## Canada

**Burnaby**

Synopsys Canada

4720 Kingsway, Suite 2600

Burnaby, BC V5H4N2

**Calgary**

Synopsys Canada

800 6th Ave SW, Suite 410

Calgary, Alberta T2P 3G3

Tel: 403-774-0400

Fax: 403-774-0404

Synopsys Office Locations

**SYNOPSYS®** (https://www.synopsys.com)

**Markham**

Synopsys Canada

11 Allstate Parkway, Suite 408

Markham, Ontario L3R 9T8

Tel: 905-415-7000

Fax: 905-415-7001

**Mississauga**

Synopsys Canada

1 City Centre Drive, Suite 900

Mississauga, Ontario L5B 1M2

Tel: 905-273-8400

Fax: 905-273-8433 or

       905-273 8444

**Nepean**

Synopsys Canada

One Antares Drive, Suite 300

Nepean, Ontario K2E 8C4

Tel: 613-221-8600

Fax: 613-221-8688

**Ottawa**

Synopsys Canada

84 Hines Road, Suite 260,

Ottawa, Ontario, K2K 3G3

Tel: 613-383-2000

Fax: 613-383-2005

**Ottawa**

Synopsys Canada

450 March Road, Suite 401

Ottawa, Ontario, K2K 3K2

Tel: 613-595-9800

Fax: 613-595-9804

**Toronto**

**SYNOPSYS®** (https://www.synopsys.com)

Synopsys Canada
Toronto, Ontario M5J 2S1

## South America

**Santiago**

Synopsys Chile Limitada

Avenida Vitacura 5250

Oficina 708

Santiago 7630229, Chile

Tel: +56-2-2714-6800

Fax: +56-2-2714-6809

## United States

**California**

7469 Draper Ave

La Jolla, CA 92037

Tel: 858-454-3419

Fax: 858-454-1728

690 East Middlefield Road

Mountain View, CA 94043

Tel: 650-584-5000

Fax: 650-584-8637

Pathline Park

655 Palomar Avenue

Sunnyvale, CA 94085

Tel: 650-584-5000

Fax: 650-584-8637

199 South Los Robles Ave

Suite 400

Pasadena, CA 91101

**SYNOPSYS**®

Synopsys Office Locations

Tel: 626-795-9101
Fax: 626-795-9102 (https://www.synopsys.com)

( )    ( )    ( )

20 Pacifica, Suite 1150
Irvine, CA 92618
Tel: 949-585-2700
Fax: 949-585-2750

9920 Pacific Heights Blvd
Suite 150
San Diego, CA 92121

3580 Carmel Mountain Road
Suite 140
San Diego, CA 92130
Tel: 858-523-2500
Fax: 858-523-2580

**Florida**

3000 Dovera Drive, Suite 110
Oviedo, FL 32765
Tel: 407-971-7920
Fax: 407-971-7971

**Georgia**

3390 Peachtree Rd. NE
Suite 325
Atlanta, GA 30326
Fax: 812-778-7104

**Indiana**

116 W. 6th Street, Suite 300
Bloomington, IN 47404
Fax: 812-778-7104

**SYNOPSYS**® (https://www.synopsys.com)

Synopsys Office Locations

**Massachusetts**

5 Network Drive

Burlington, MA 01803

Tel: 781-313-6600

Fax: 781-313-6605

90 Central Street

Suite 305

Boxborough, MA 01719

Tel: 978-266-2200

Fax: 978-266-2210

11 Apex Drive, Suite 302B

Marlborough, MA 01752

Tel: 508-263-8000

Fax: 508-263-8123

**Minnesota**

1751 West County Road B

Suite 200

Roseville, MN 55113

Tel: 651-605-6800

**New York**

400 Executive Blvd, Suite 101

Ossining, NY 10562

Tel: 914-488-6260

Fax: 914-488-6290

**North Carolina**

1101 Slater Rd, Suite 300

Durham, NC 27703

Tel: 919-425-7300

Fax: 919-425-7320

**Oregon**

2025 NE Cornelius Pass Road

Hillsboro, OR 97124

**SYNOPSYS®** Synopsys Office Locations (https://www.synopsys.com)
Tel: 503-547-6006

() () ()

**Texas**

1301 South Mopac Expressway
Suite 200
Austin, TX 78746
Tel: 512-372-7500
Fax: 512-372-7550

7160 N. Dallas Parkway
Suite 500
Plano, TX 75024
Tel: 972-398-5600
Fax: 972-398-5603

**Vermont**

400 Cornerstone Dr.
Suite 325
Williston, VT 05495

**Virginia**

2355 Dulles Corner Blvd
Suite 300
Herndon, VA 20171
Fax: 703-657-4212

**Washington**

500 108th Ave. NE
Suite 1100
Bellevue, WA 98004

1341 N. Northlake Way
Suite 200
Seattle, WA 98103
Fax: 206-547-9455

Americas (/company/contact-synopsys/office-locations.html#americas)  |  Europe and Middle East (https://www.synopsys.com)(/company/contact-synopsys/office-locations.html#europe)  |  Asia Pacific (/company/contact-synopsys/office-locations.html#asia)  |  Japan (/company/contact-synopsys/office-locations.html#japan)

# Europe and Middle East

## Armenia

**Yerevan**

Synopsys Armenia CJSC (/company/contact-synopsys/office-locations/armenia.html)
**(/company/contact-synopsys/office-locations/armenia.html)**41 Arshakunyats Avenue

ViaSphere Technopark, Bldg 1

0026 Yerevan, Armenia

Tel: +3741-049-2100

Fax: +3741-049-2696


Synopsys Armenia CJSC

16 Halabyan Street, TUMO Center

Yerevan 0038

Armenia

Tel: + (374) 10492100

Fax: + (374) 10492696


**Gyumri**

Synopsys Armenia CJSC

1 Gayi Street, GTC (Gyumri Technology Center)

Gyumri 3105

Armenia

Tel: + (374) 10492100

Fax + (374) 10492696

## Belgium

**Leuven**

SNPS Belgium BV

Haasrode Research Park

Building 1026

Technologielaan 11-0002

**SYNOPSYS** Synopsys Office Locations ® (https://www.synopsys.com)

3001 Leuven, Belgium

Tel: +32-16-38-70-30

Fax: +32-16-38-70-31

( )     ( )     ( )

# Denmark

**Copenhagen**

Synopsys Denmark ApS

Fruebjergvej 3

2100 Copenhagen, Denmark

Tel: +45-3333-2300

# Finland

**Espoo**

Synopsys Finland OY

Stella Luna

Lars Sonckin Kaari 14

02600 Espoo, Finland

Tel: +358-20-757-8000

Fax: +358-20-757-8001

**Oulu**

Synopsys Finland OY

Sepänkatu 20

FI - 90100 OULU Finland

Tel: +358-424-7431

Fax: +358-841-549105

**Tampere**

Synopsys Finland OY

Kalevantie 2

33100 Tampere, Finland

Tel: +358-20-757-8000

Fax: +358-20-757-8001

# France

**Hyères**

SYNOPSYS® (https://www.synopsys.com)

Synopsys Emulation & Verification SAS

Le Pole d'Activités Hyèrois

1128 Route de Toulon

83400 Hyères

France

**Montbonnot**

Synopsys Emulation & Verification SAS

Z.I.R.S.T. II

12 rue Lavoisier

38330 Montbonnot-Saint-Martin, France

Tel: +33-4-56-38-48-58

Fax: +33-4-56-38-48-68

**Montpellier**

Synopsys Emulation & Verification SAS

Montpellier International Business Incubator

672 Rue du Mas de Verchant

34170 Montpellier

France


Qualtera SAS

Synopsys Emulation & Verification SAS

Montpellier International Business Incubator

672 Rue du Mas de Verchant

34170 Montpellier

France

**Sophia**

Synopsys Emulation & Verification SAS

400 Avenue de Roumanille

Bat. 3

06410 Sophia Antipolis, France

Tel: +33-4-97-23-97-23

Fax: +33-4-93-65-39-21

**Wissous**

Synopsys Emulation & Verification SAS

Batiment le Cormoran

3 Avenue Jeanne Garnerin

Air Park Paris Sud

**SYNOPSYS**® Synopsys Office Locations (https://www.synopsys.com)

91320 Wissous, France
Tel: +33-1-64-53-27-00
Fax: +33-1-64-53-27-40

Synopsys Emulation & Verification SAS

Batiment le Cormoran

3 Avenue Jeanne Garnerin

Air Park Paris Sud

91320 Wissous, France

Tel: +33-1-45-12-06-06

Fax: +33-1-45-12-07-07

# Germany

**Aachen**

Synopsys GmbH

Ritterstrasse 23

52072 Aachen, Germany

Tel: +49-24-14-796-70

Fax: +49-24-14-796-7144

**Berlin**

Synopsys GmbH

Berlin Am Kanzleramt BC GmbH & Co. KG

Rahel-Hirsch-Str. 10, 3. OG

10557 Berlin

**Erfurt**

Synopsys GmbH

Thüringen Büro Park

Europaplatz 5

99091 Erfurt, Germany

Tel: +49-89-99-320-000

Fax: +49-36-17-893-080

**Karlsfeld**

Synopsys GmbH

Münchner Strasse 199

85757 Karlsfeld,Germany

SYNOPSYS® (https://www.synopsys.com)

Synopsys Office Locations

0    0    0

**Munich**

Synopsys GmbH

Karl-Hammerschmidt-Strasse 34

85609 Aschheim/Dornach,

Germany

Tel: +49-89-99-320-000

Fax: +49-89-99-320-117


Synopsys GmbH

Mona München, Floor 2

Pelkovenstrasse 143-147

80992 München, Germany

**Paderborn**

Synopsys GmbH

Technologiepark 19

33100 Paderborn, Germany

Tel: +49-5251-29875-00

Fax: +49-5251-681-520

**Stuttgart**

Synopsys GmbH

Kreuznacherstr 62 . Unit C5 3.07

70372 Stuttgart

Germany


# Ireland

**Dublin**

Synopsys International Limited

Blanchardstown Corp Park

Block  1

Dublin 15, Ireland

Tel: +353-1-436-8800

Fax: +353-1-436-8805

# Israel

**Herzliya**

Synopsys Israel

Herzliya Business Park

**SYNOPSYS**® (https://www.synopsys.com)

4 Maskit St, Building C
Herzliya 4673304, Israel
Tel: +972-9-971-9600
Fax: +972-9-951-3772

**Haifa**

Synopsys Israel
Andrei Sakharov 9 street
Haifa 3508409, Israel

# Italy

**Agrate Brianza**

Synopsys Italia SRL
Viale Colleoni 11 - Palazzo Sirio 3
Centro Direzionale Colleoni
20864 Agrate Brianza (MI), Italy
Tel: +39-039-684-6700
Fax: +39-039-684-6790

**Pavia**

Synopsys SRL
Viale Indipendenza 11
Pavia 27100
ITALY

# Netherlands

**Eindhoven**

Synopsys Netherlands BV
High Tech Campus 41
5656 AE Eindhoven, Netherlands
Tel: +31-40-230-4700
Fax: +31-40-230-4701

**Enschede**

Synopsys Software Netherlands BV
Capitool 50
7521 PL Enschede, the Netherlands
Tel: +31-053-711-4300

**SYNOPSYS**® (https://www.synopsys.com)

Synopsys Office Locations

## Poland

**Gdansk**

Synopsys Poland sp. z o.o.

Arkonska Business Park

ul. Arkonska 6/A4

80-387 Gdansk, Poland

Tel: +48-587-614-000

Fax: +48-587-614-002


Synopsys Poland sp z.o.o

A Synopsys company

ul. Azymutalna 11

80-298 Gdansk, Poland


## Portugal

**Lisbon**

Synopsys Portugal Lda

Lagoas Park

Edifício 4, Piso 2

2740-267 Porto Salvo, Portugal

Tel: +351-210-440-200

Fax: +351-210-440-201

**Porto**

Synopsys Portugal Lda

Rua Eng. Frederico Ulrich 2650

Edifício das Tecnologias

4470-605 Moreira da Maia, Portugal

Tel: +351-220-415-900

Fax: +351-220-415-901


## Romania

**Cluj-Napoca**

Synopsys SRL

Str. Dr. Victor Deleu, nr. 1

Cluj-Napoca 400112

ROMANIA

**SYNOPSYS**® (https://www.synopsys.com)

# Russia

**Moscow**

Synopsys LLC Moscow Branch

Smolensky Passage

Regus Center, Office #605/642

Smolenskaya Square 3

121099 Moscow

Russian Federation

Tel: +7-495-933-1015

Fax: +7-495-225-8570

**Saint Petersburg**

Synopsys SPb LLC

Prof. Popova Street, 23-D

197376 Saint Petersburg

Russian Federation

Tel: +7-812-408-7400

Fax: +7-812-406-7052

# Sweden

**Lund**

Synopsys Sweden AB

Kalkstensvägen 3

224 78 Lund, Sweden

Tel: +46-46-16-29-00

**Solna**

Synopsys Sweden AB

Frösunda Port

Gustav III:s Boulevard 34, 4tr

169 73 Solna, Sweden

Tel: +49-8-519 596 00

# Switzerland

**SYNOPSYS®** (https://www.synopsys.com)

**Zurich**

Synopsys Switzerland LLC

Thurgauerstrasse 40

Airgate Building

8050 Zurich, Switzerland

Tel: +41 44 567 16 00

Fax: +41 44 567 15 97

# United Kingdom

**Belfast**

Synopsys Northern Europe Ltd.

Floor 4, Link Building

Adelaide Exchange

24-26 Adelaide Street

Belfast BT2 8GD

United Kingdom

Tel:+44-289-59-56400

**Exeter**

Synopsys Northern Europe Ltd.

Bradninch Hall, Castle Street

Exeter EX4 3PL

United Kingdom

**Glasgow**

Synopsys Northern Europe Ltd.

Suite 2B, 133 Finnieston Street

Glasgow G3 8HB

United Kingdom

**Hatfield**

Synopsys Northern Europe Ltd.

2nd Floor, Titan Court

3 Bishop Square

**SYNOPSYS®** (https://www.synopsys.com)

Synopsys office locations

Hatfield AL10 9NA

United Kingdom

Tel: +44-1189-313822

**Livingston**

Synopsys Northern Europe Ltd.

Alba Centre, The Alba Campus

West Lothian

Livingston EH54 7EG

United Kingdom

Tel: +44-1506-486050

Fax: +44-1506-486098

**London**

Synopsys Northern Europe Ltd.

6th Floor

3 Harbour Exchange Square

London E14 9GE

United Kingdom

Tel: +44-333-345-3200

**Plymouth**

Synopsys Northern Europe Ltd.

A Synopsys Company

7 Research Way, Devon

Plymouth PL6 8 BT

Plymouth

United Kingdom

**Theale**

Synopsys Northern Europe Ltd.

Arlington Business Park

First Floor, Building 1430

Reading RG7 4SA

United Kingdom

Tel: +44-333-345-3200

Americas (/company/contact-synopsys/office-locations.html#americas)  |  Europe and Middle East (/company/contact-synopsys/office-locations.html#europe)  |  Asia Pacific (/company/contact-synopsys/office-locations.html#asia)  |  Japan (/company/contact-synopsys/office-locations.html#japan)

# Asia Pacific

# China

**SYNOPSYS**® (https://www.synopsys.com)

**Beijing**

Unit 711-718

Raycom InfoTech Park, Tower A

No. 2 South Ke Xue Yuan Road

Haidian District

Beijing 100190, PRC

Tel: +86-10-5986-0600

Fax: +86-10-5986-0610

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Hong Kong**

Synopsys International Limited

Unit 1510, Level 15, Tower II

Grand Century Place

193 Prince Edward Road West

Mongkok, Kowloon, Hong Kong

Tel: 852-2865-1266

Fax: 852-2739-7131

**Nanjing**

20F, Tengfei Building A, No. 88

Yanchuang Park, Jiangmiao Road

Jiangbei New Area

Nanjing, 211800, PRC

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Shenzhen**

Unit 2303 & 2304

Tower 3, Kerry Plaza

No. 1-1 Zhongxinsi Road

Futian District

Shenzhen 518048, PRC

Tel: +86-755-8251-9800

Fax: +86-755-8251-9801

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Shanghai**

Synopsys Semiconductor Technology (Shanghai) Co., Ltd.

1-5F, Tower 1, EBA Center,

**SYNOPSYS®**

Synopsys Office Locations

387 Huimin Road, Lot 10   Yangpu District, Shanghai, 200433

Tel: +86-21-5985-4500 (https://www.synopsys.com)

Fax: +86-21-3220-4541

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Wuhan**

Building 2, No. 6 Long Shan South Street

Wuhan Future City

East Lake High-Tech Development Zone

Wuhan, Hubei 430206, PRC

Tel: +86-027-5986-4666

Fax: +86-027-5986-4888

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Xiamen**

Room 306

No. 30 Guanri Road Fujian

Xiamen, Fujian 361008, PRC

Tel: +86-592-3285588

Fax: +86-592-3285600

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

**Xi'An**

Room 1403-1405, 14F, No.G3

Tian Gu Ba Road

Huan Pu Science and Technology Industrial Park, Hi-tech Zone

Xi'An, 710003, PRC

prc_feedback@synopsys.com (mailto:prc_feedback@synopsys.com)

# India

**Bangalore**

Synopsys (India) EDA Software Pvt Ltd.

(/company/contact-synopsys/office-locations/india.html)A Wing, 4th Floor, Tower A

RMZ Infinity, Old Madras Road

Bennigannhalli

Bangalore - 560016

**SYNOPSYS®** (https://www.synopsys.com)

Karnataka, India
Tel: +91-803-0528000
Fax: +91-803-0523810

**Bangalore**

Synopsys India Pvt. Ltd. (https://www.synopsys.com/company/contact-synopsys/office-locations/india.html)
B Wing, 3rd, 4th & 5th Floors
Tower A, RMZ Infinity
Old Madras Road
Bennigannhalli
Bangalore - 560016
Karnataka, India
Tel: +91-804-0188000
Fax: +91-803-0523800

**Bangalore**

Prestige Blue Chip III Block
4th Floor, No. 9, Hosur Road
Bangalore - 560029
Karnataka, India
Tel: +91-806-7720200
Fax: +91-806-7720201

**Bangalore**

Synopsys India Pvt. Ltd. &
(/company/contact-synopsys/office-locations/india.html)Synopsys (India) EDA Software Pvt Ltd.
(/company/contact-synopsys/office-locations/india.html)
2nd Floor, Jupiter 2A Block
Prestige Tech Park
Sarjapur-Marthanahalli Ring Rd
Kadabeesanhalli Village
Varthur Hobli, Bangalore-560103
Karnataka, India
Tel: +91-804-0242700
Fax: +91-804-0242998

**Bangalore**

Synopsys India Pvt. Ltd. (https://www.synopsys.com/company/contact-synopsys/office-locations/india.html)
7th Floor, Tower B, RMZ Infinity
Old Madras Road
Bennigannhalli

**SYNOPSYS**® (https://www.synopsys.com)

Bangalore - 560016
Karnataka, India
Tel: +91-804-0188000
Fax: +91-803-0523800

〇    〇    〇

## Hyderabad

Synopsys India Pvt. Ltd. &  (/company/contact-synopsys/office-locations/india.html)
Synopsys (India) EDA Software Pvt Ltd. (/company/contact-synopsys/office-locations/india.html)
7th Floor, Blocks B and C
DivyaSree Omega
Survey No. 13 EE, 13/U
Kondapur Village
Telangana - 500032
Andhra Pradesh, India
Tel: +91-404-0331000
Fax: +91-404-0331890

## Mumbai

Synopsys India Pvt. Ltd.  (/company/contact-synopsys/office-locations/india.html)
B-414, Crystal Plaza
Opposite Infinity Mall
New Link Rd, Oshiwara Village
Andheri West, Mumbai - 400053
Maharashtra, India
Tel: +91-222-6733222
Fax: +91-222-6733244

## New Delhi

Synopsys India Pvt. Ltd. (https://www.synopsys.com/company/contact-synopsys/office-locations/india.html)
601-608, KLJ Tower North
Netaji Subhash Place
Wazirpur District Center
Pitam Pura - 110034
Delhi, India
Tel: +91-114-9222903
Fax: +91-114-9233979

## Noida

Synopsys India Pvt. Ltd.
(/company/contact-synopsys/office-locations/india.html)A-36, Ground Floor & Basement
Sector-64
Noida - 201301

**SYNOPSYS®** (https://www.synopsys.com)

Uttar Pradesh, India

Tel: +91-120-4128800

Fax: +91-120-4212274

**Noida**

Synopsys (India) EDA Software Pvt Ltd. (/company/contact-synopsys/office-locations/india.html)

A-12, Ground & 1st Floors

Sector-2

Noida - 201301

Uttar Pradesh, India

Tel: +91-120-6179600

Fax: +91-120-6179605

**Noida**

A-29

Ground, 1st, 2nd & 3rd Floors

Sector-2

Noida - 201301

Uttar Pradesh, India

Tel: +91-120-6179600

Fax: +91-120-6179605

**Noida**

Synopsys India Pvt. Ltd. (https://www.synopsys.com/company/contact-synopsys/office-locations/india.html)

2nd Floor, Tower B

Logix Techno Park, Plot-5

Sector-127

District Gautam Budh Nagar

Noida - 201301

Uttar Pradesh, India

Tel: +91-120-6166200

Fax: +91-120-4366111

# Malaysia

**SYNOPSYS**® (https://www.synopsys.com)

**Penang**

Synopsys Singapore Pvt. Ltd

1-21-01 Suntech @ Penang Cybercity

Lintang Mayang Pasir 3

11950 Bayan Baru

Penang, Malaysia

Tel: +60-4-619-2578

Fax: +60-4-619-2699

## Singapore

**Singapore**

Synopsys Singapore Pvt. Ltd. (/company/contact-synopsys/office-locations/south-asia.html)

300 Beach Road, #31-02

The Concourse

Singapore 199555

Tel: +65-6296-7433

Fax: +65-6297-1272

sgp_feedback@synopsys.com (mailto:sgp_feedback@synopsys.com)

## Sri Lanka

**Colombo**

No. 03, 2/1, Lukshmi Gardens

Colombo 08, Sri Lanka

Tel: +94-11-203-8600

Fax: +94-11-267-4881

## South Korea

**Seongnam-si**

Synopsys Korea Inc.

(/company/contact-synopsys/office-locations/Korea.html)N-5F H Square

235 Pangyoyeok-ro,

Bundang-gu, Seongnam-si, Gyeonggi-do,

Seongnam-si 13494

Korea, South

**SYNOPSYS**

Synopsys office locations

Tel: +82-2-3404-2700

Fax: +82-2-3404-9398 (https://www.synopsys.com)

kor_feedback@synopsys.com (mailto:kor_feedback@synopsys.com)

()    ()    ()

Synopsys Korea Inc.
(/company/contact-synopsys/office-locations/Korea.html)11, Seocheon-ro 201 beon-gil
Giheung-gu, Floor 8
Units 805-814
Yongin-Si Gyeonggi 17111
Republic of Korea
Tel: +82-31-776-1100
Fax: +82-31-776-1299

**BISTel, Inc**

BISTel Tower
128, Baumoe-ro
Seocho-gu, Seoul  06754
Republic of Korea


Synopsys Korea Inc.
(/company/contact-synopsys/office-locations/Korea.html)4th floor, Premium Wonhee Castle, 14
Seocheon-ro 201 beon-gil
Giheung-gu
Yongin-Si Gyeonggi 17111
Republic of Korea
Tel: +82-31-5186-7800
Fax: +82-31-5186-7895


# Taiwan

**Hsinchu**

Synopsys Taiwan Co., Ltd. (/company/contact-synopsys/office-locations/Taiwan.html)
4F-1, #28, Tai-Yuan Street
Chupei City
Hsinchu Hsien 302, Taiwan
Tel: +886-3-552-5880
Fax: +886-3-552-5881
tw_feedback@synopsys.com (mailto:tw_feedback@synopsys.com)

**Hsinchu**

Synopsys Taiwan Co., Ltd. (https://www.synopsys.com/company/contact-synopsys/office-locations/Taiwan.html)

No. 25, Industry East Road IV

Science-Based Industrial Park

300 Hsinchu, Taiwan

Tel: +886-3-579-4567

Fax: +886-3-579-9000

tw_feedback@synopsys.com (mailto:tw_feedback@synopsys.com)

**Taipei**

Synopsys Taiwan Co., Ltd. (/company/contact-synopsys/office-locations/Taiwan.html)

Room 3108, 31F

333 Keelung Road, Section 1

Taipei 110, Taiwan

Tel: +886-2-2345-3020

Fax: +886-2-2757-6009

tw_feedback@synopsys.com (mailto:tw_feedback@synopsys.com)

**Hsinchu (NCTU Office)**

Synopsys Taiwan Co., Ltd.

8F, Jan-Qi Building, Bio-ICT, No. 75, Bo'ai Street,

Hsinchu 300, Taiwan

Tel: +886-3-579-4567

Fax: +886-3-623-2698

tw_feedback@synopsys.com (mailto:tw_feedback@synopsys.com)

Synopsys Taiwan New (/company/contact-synopsys/office-locations/Taiwan.html)

5F-1, #8, Tai-Yuen 2nd St

Chupei City, Hsinchu 302

Taiwan

# Vietnam

**Ho Chi Minh City**

Synopsys Vietnam, LLC        06 Tan Trao Street          UOA Building, Floor 22          Tan Phu

Ward, District 07        Ho Chi Minh City, Vietnam      Tel: +84 283 813 5000

**Ho Chi Minh City**

Synopsys Vietnam, LLC

eTown 2 Building, 9th Floor

**SYNOPSYS**® (https://www.synopsys.com)

Synopsys Office Locations

364 Cong Hoa Street, Ward 13
Tan Binh District

Ho Chi Minh City, Vietnam          Tel: +84 283 813 5000          Fax: +84 283 813 5003

**Da Nang**

Synopsys Vietnam, LLC

PVCOMBANK Building

5th and 8th Floors          Lot A2.1, 30/4 Street          Hai Chau District          Da Nang,

Vietnam          Tel: +84 236 322 7300

 Fax: +84 236 322 7303

**Synopsys Viet Nam LLC**

Fhome Building − 2F

16 Ly Thuong Kiet Street

Thach Thang Ward

Hai Chau District

Da Nang City

Viet Nam


Americas (/company/contact-synopsys/office-locations.html#americas)  |  Europe and Middle East
(/company/contact-synopsys/office-locations.html#europe)  |  Asia Pacific (/company/contact-
synopsys/office-locations.html#asia)  |  Japan (/company/contact-synopsys/office-locations.html#japan)

# Japan

**Tokyo**

Nihon Synopsys G.K.

Futako Tamagawa Rise Office

2-21-1 Tamagawa, Setagaya-ku

Tokyo 158-0094, Japan

Tel: +81-3-6746-3500

Fax: +81-3-6746-3535

**Osaka**

Nihon Synopsys G.K.

Pias Tower 13F

3-19-3 Toyosaki, Kita-ku

Osaka-shi, Osaka

531-0072, Japan

**SYNOPSYS** (https://www.synopsys.com)

Fax: +81-6-6359-8149

Americas  |  Europe and Middle East  |  Asia Pacific  |  Japan

NEWSROOM (/COMPANY/NEWSROOM.HTML)

Press releases, media contacts, and the latest press kit (/company/newsroom.html)

INVESTOR RELATIONS (/COMPANY/INVESTOR-RELATIONS.HTML)

Information for shareholders, analysts, and investors (/company/investor-relations.html)

CAREERS (/COMPANY/SYNOPSYS-CAREERS.HTML)

Job opportunities and internships around the world (/company/synopsys-careers.html)

EVENTS (/COMPANY/RESOURCES/EVENTS.HTML)

Webinars, seminars, tradeshows, and SNUG conferences (/company/resources/events.html)

COMMUNITY INVOLVEMENT (/COMPANY/CORPORATE-SOCIAL-
RESPONSIBILITY/RETIRED/COMMUNITY-INVOLVEMENT.HTML)

Our commitment to philanthropy, education, and the environment (/company/corporate-social-
responsibility/Retired/community-involvement.html)

 (https://www.synopsys.com/)

## Corporate Headquarters

690 East Middlefield Road
Mountain View, CA 94043

(https://www.google.com/maps/search/?api=1&query=690+East+Middlefield+Road+)

## Customer Support

650-584-5000 (tel:650-584-5000)
800-541-7737 (tel:800-541-7737)

Worldwide Location

**SYNOPSYS®** (https://www.synopsys.com)

View our office locations (/company/contact-synopsys/office-locations.html)                ()        ()        ()

## Products

Application Security (/software-integrity.html)

Semiconductor IP (/designware-ip.html)

Verification (/verification.html)

Design (/implementation-and-signoff.html)

Silicon Engineering (/silicon.html)

## Resources

Solutions (/solutions.html)

Services (/services.html)

Support (/support.html)

Community (/community.html)

Manage Subscriptions

(https://online.synopsys.com/contact-form-

subscription-center.html)

## Legal

Privacy (/company/legal/privacy-policy.html)

Trademarks & Brands (/company/legal/trademarks-

brands.html)

Software Integrity Agreements

(/company/legal/software-integrity.html)

## Corporate

About Us (/company.html)

Careers (/careers.html)

Corporate Responsibility (/company/corporate-social-

responsibility.html)

Inclusion & Diversity (/careers/inclusion-

diversity.html#present)

Investor Relations (/company/investor-relations.html)

Contact Us (/company/contact-synopsys.html)

## Follow

(https://twitter.com/synopsys/synopsys/company/synopsys)

©2022 Synopsys, Inc. All Rights Reserved