# EXHIBIT HH
# Fully Redacted